UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                    Case No. 8:07-bk-07297-KRM
Dennis Strunk                             Chapter 13
_____Debtor._____/

## NOTICE OF FILING EXHIBITS A & B

    **NOTICE IS HEREBY GIVEN** that the Debtor(s), Dennis Strunk, by and through the undersigned attorney hereby files Exhibits A & B, attached hereto:

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing Witness and Exhibit List has been furnished by U.S. Mail to U.S. Trustee, 501 E Polk Street, #1200, Tampa, FL 33603;Terry E. Smith, trustee, P.O. Box 6099, Sun City Center, FL 33571; Barry Dunn, Esquire, 14426 E. Evans Avenue, Aurora, CO 80014; Garrett Friedman, Esquire, 57 Kira Drive, Bangor, Maine 04401; Dennis Strunk,  397 North Ridge Rd, Bailey, CO 80421   on this 3rd day of October, 2012.

<div align="right">

/s/ Jay M. Weller
Jay M. Weller, Esquire
Weller Legal Group, Inc.
Florida Bar No: 985856
25400 US Highway 19 North, Ste. 245
Clearwater, FL 33763
Telephone: 727.539.7701
Facsimile: 524.3850

</div>

## Contacts With Notes Tab

DENNIS STRUNK
397 NORTH RIDGE RD.
BAILEY, CO 80421

(303)921-6212

Case Filed  8/16/07
Chapter  13
Current Stat
Lawyer  JAY WELLER
Closing Date

misc
Trustee  T. SMITH
Office

Comments:
Prev Result:
Next Step:  IC(# BUSY)

File #
Status
Docket
File Loc
Judge
Disk #
Userdef10

Last Contact:
Last Attempt:
Last Update:  Sep 26, 2012    JAY
Creation:  6/20/2007

## Notes

*** YARA ***  September 21, 2012 at 1:11pm
REC'D ENVELOPE FROM DENNIS FOR JAY. PUT ON JAY'S CHAIR.

*** YARA ***  September 20, 2012 at 12:40pm
I GAVE HIM OUR ADDRESS, HE WILL OVERNIGHT SOME RECEIPTS JAY ASKED FOR... ACCORDING TO HIM.

*** JAY ***  September 13, 2012 at 10:09am
Debtor has paid the trustee payments in full.
az

*** JAY ***  September 13, 2012 at 10:06am
Left a message to Dennis regarding the revoke of his discharge, that we are working on it in his behalf.
az

*** YARA ***  September 12, 2012 at 5:49pm
REC'D FAX FROM IRINA HAYNES 22 PAGES. (MISC.) COPY ON AMY'S DESK

*** YARA ***  August 29, 2012 at 4:39pm
BARRY DUNN ATT. REPRESENTING HIM IN P.I CLAIM CALLED ASKING TO SPEAK WITH ATT. LEE SPOKE WITH HIM. I ALSO INFORMED LEE THAT DENNIS CALLED EARLIER.

*** JAY ***  January 4, 2010 at 9:51am
FILED CHANGE OF ADDRESS IN PACER.
YO

*** JAY ***  December 16, 2009 at 3:50pm
SPOKE TO DENNIS, HE GAVE ME HIS ADDRESS IN COLORADO 397 NORTH RIDGE RD. BAILEY, CO.80421, NEEDS TO BE PUT IN PACER. HIS TRUSTEE IS TERRY E. SMITH.
YO

*** DAGMAR ***  November 6, 2009 at 4:05pm
REC'D 2008 TAX RETURN & FAXED TO TERRY SMITH.

*** JAY ***  October 29, 2009 at 3:43pm

Exhibit "A"

## Contacts With Notes Tab

MAILED 2ND REQ. PER TERRY SMITH ASKING FOR TX RET.
YO

*** JAY ***  September 10, 2009 at 4:48pm
SENT AUDIT TO CLIENT IN RE: ON OR BEFORE APRIL 15TH CLIENT SHOULD PROVIDE TERRY SMITH WITH A
COPY OF THEIR 2007 FEDERAL INCOME TAX RETURNS.

*** JAY ***  February 5, 2009 at 12:51pm
Rec'd request for new address to be filed with court. Dennis stated that he was in colorado briefly and doesnt know
why they would have returned it.

*** MORGAN ***  August 18, 2008 at 2:58pm
DENNIS CALLED AND SAID THAT HE WOULD HAVE NEVER DONE THIS HAD ANYONE TOLD HIM ABOUT THE
IRS SITUATION AND WE HAVE REALLY GOT HIM INTO A MESS NOW.. WE HAVE GOTTEN HIM INTO A
MESS?? HE SIGNED A PLAN THAT STATED WE WERE PAYING THE IRS THROUGH THE PLAN. HE SAID HE
OWED $3100.00. THE CLAIM IS FOR $3800.00. HE SAID.. OH.. HE WAS CONFUSED... HE'S OKAY NOW..

*** MORGAN ***  July 15, 2008 at 5:18pm
FILED EMERGENCY MOTION TO APPROVE SALE OF PERSONAL PROPERTY AND CON.

*** MORGAN ***  July 3, 2008 at 9:57am
RETURNED CALL TO JUDY (DENNIS'S FIANCE) SHE WANTS TO BUY DENNIS'S BOAT FROM HIM. TOLD HER
THEY NEED TO CALL THE BOAT COMPANY AND GET A PAYOFF FROM BANK OF AMERICA 888-702-1161
AND THEN DRAFT A BUYERS AGREEMENT CAN BE HANDWRITTEN AND THEN GET IT TO ME AND I WIL FILE
MOTION TO APPROVE SALE. SHE SAID THEY WILL GET WORKING ON IT.

*** JAY ***  June 23, 2008 at 2:24pm
SENT DSO FORM AND DEBT ED LTR
JES
*** JAY ***  May 28, 2008 at 11:17am
Sent conf ltr
Amy
*** JAY ***  May 27, 2008 at 11:27am
5/27/08
Dennis Strunk
Conf
Conf $110*60 and PI in amt. to be determined - annual tax returns
Ltc: Conf $110*60. Must send annual tax returns to trustee.  Also, keep us updated on the status of your PI suit.
Any settlement and distribution must be approved by the court.  - DL

*** JAY ***  February 15, 2008 at 5:18pm
Date: 2/15/08
Debtors: Dennis Strunk
Hearing: conf
Results: cont
TO DO: amend plan to surrender boat (bank of america) - ER

*** JAY ***  February 7, 2008 at 4:17pm
EMAILED AMND PLAN TO SURRENDER BANK OF AMERICA (BOAT)

*** LEIGH***  December 5, 2007 at 8:36pm
SENT MTPOS.

*** MORGAN***  November 27, 2007 at 4:09pm
SUBMITTED ORDER APPOINTING SPECIAL COUNSEL.

## Contacts With Notes Tab

\*\*\* JAY \*\*\* November 27, 2007 at 1:42pm
Date: 11/15/07
Debtor: Dennis Strunk
Hearing: conf
Results: conf cont
TO DO:  MTPOS Bank of America - LS
Send up Order on application to employ - MF

\*\*\* JAY \*\*\* November 1, 2007 at 10:48am
DENNIS IS TEMPORARILY IN CO @397 N. RIDGE RD, BAILEY, CO 80421 WILL BE BACK IN A FEW MONTHS.
AMY

\*\*\* MORGAN \*\*\* October 18, 2007 at 3:27pm
RETURNED CALL TO DENNIS. HE GOT ORDER DETERMINING DEBTORS COMPLIANCE.

\*\*\* JAY \*\*\* September 27, 2007 at 10:15am
Im returning call
KM

\*\*\* Leigh \*\*\* September 25, 2007 at 3:55pm
Spoke to client Re: faxing us his 2005/2006 tax returns. He said that he would fax them over tomorrow.

\*\*\* MORGAN \*\*\* September 20, 2007 at 4:53pm
I SPOKE TO MR. DUNN AND HE SAID HE ABSOLUTELY REFUSED TO BE EMPLOYED AS SPECIAL COUNSEL
IN THE BK MATTER. I TOLD HIM THAT IT IS MANDATORY IN ORDER FOR HIM TO BE ABLE TO RECEIVE HIS
ATTORNEY FEES AFTER THE SETTLEMENT COMES. HE SAID HE IS NOT DOING IT B/C HE IS NOT GOING TO
SAY THAT HE IS SPECIAL COUNSEL IN A BK. I EXPLAINED THAT THE MOTION WOULD READ THAT HE HAS
BEEN RETAINED FOR A CIVIL MATTER AND HE WILL SIGN AN AFFIDAVIT THAT STATES HE HAS NO
ADVERSE INTEREST IN THE BK AND THAT HE CAN REVIEW THE MOTION BEFORE IT IS FILED. HE SAID HE
NEEDED TO KNOW WHAT INFO. I NEEDED. I TOLD HIM. HE SAID HE WOULDN'T TELL ME WHEN THE
RETAINER AGREEMENT WAS ENTERED INTO B/C HE HAS ATTORNEY CLIENT PRIVILEGE. I TOLD HIM HE
WAS JUST BEING RIDICULOUS NOW. THAT I HAVE NEVER HAD THIS TYPE OF PROBLEM BEFORE AND
THAT ALL HE NEEDS TO DO IS JUST ASK HIS CLIENT IF HE CAN RELEASE THAT INFO. WHICH IM SURE WILL
BE FINE SINCE MR. STRUNK ADVISED US TO CONTACT HIS OFFICE TO OBTAIN THE INFORMATION. HE SAID
HE DIDN'T APPRECIATE BEING CALLED RIDICULOUS AND I TOLD HIM HE HAS BEEN OFFENSIVE SINCE THE
MOMENT I SPOKE TO HIM. THE TONE OF HIS VOICE, EVERYTHING. HE SAID HE WAS SORRY AND THAT HE
JUST HASN'T EVER DEALT WITH ANYTHING LIKE THAT BEFORE. HE WANTED TO KNOW WHY THE DEBTOR
FILED IN FLORIDA. (HE HAD BEEN HER FOR THE GREATER PORTION OF THE PAST 180 DAYS WHEN HE
FILED-ALSO HE WANTED FL EXEMPTIONS) BUT I TOLD THE ATTY THAT I COULDN'T DISCUSS THAT WITH HIM
B/C WE HAVE ATTY/CLIENT PRIVILEDGE.. BUT I COULD ASK THE DEBTOR IF IT WOULD BE OKAY. I TOLD
HIM I WILL HAVE THE ATTORNEY CALL HIM TO EXPLAIN IT TO HIM MORE THOROUGHLY.

\*\*\* MORGAN\*\* September 20, 2007 at 12:13pm
BARRY DUNN, ESQ. CALLED ME BACK AND TOLD ME THAT HE IS NOT GOING TO BE EMPLOYED AS
SPECIAL COUNSEL AND THAT WE JUST NEED TO LIST THE LAWSUIT AS AN ASSET IN DEBTORS CASE??
CALLED HIM BACK AT 303-757-3300 AND LM TELLING HIM HE DOESN'T HAVE A CHOICE.. HE NEEDS TO BE
EMPLOYED IF HE WANTS HIS FEES AND AFTER SETTLEMENT HE WILL NEED TO GET ME SETTELEMENT
SHEET PRIOR TO DISBURSING FUNDS SO I CAN DO A MOTION TO APPROVE SETTLEMENT AND THEN
ONCE ORDER IS ENTERED HE WILL GET HIS FEES. SEND ME THE INFO. I REQUESTED BACK ASAP. IF HE
HAS QUESTIONS PLEASE CALL ME.

\*\*\* MORGAN \*\*\* September 13, 2007 at 3:59pm
DENNIS CALLED AND SAID HE RETAINED AN ATTORNEY TO FILE A PI LAWSUIT. HE SAID HIS ATTORNEY'S
OFFICE NO. IS 303-757-3300. CALLED THEM AND GOT THEIR FAX NO. SENT FAX TO BARRY DUNN, ESQ. to

## Contacts With Notes Tab

303-757-3206 re:The above listed client filed a Bankruptcy with our firm and we need to be employ you as Special Counsel in his case so that you may proceed with the lawsuit. In regard to this matter, I need the following information so that I may proceed with a Motion to Employ Special Counsel:
 1.Full name of the firm, the full name of the Attorney handling the matter, the County that the case is being reviewed, & the address of the firm
 2.The date that the accident occurred, and the injuries that were sustained b the clients
 3.The date the retainer agreement was entered into
 4.The name of the defendant and/or his/her insurance carrier
 Please contact me at the number above should you have any questions.

 *** MORGAN***  July 31, 2007 at 10:07am
 RETURNED CALL TO JUDY GRANT AND EXPLAINED WHY DEBTOR NEEDS TO DO A CHPT. 7 IS B/C HE HAS $1500 PAID OFF BOAT, $3,000 EQUITY IN BOAT THAT HE MAY BE LOOKING INTO PAYING OFF THAT WILL GIVE HIM MORE MONEY IN EQUITY, HE ALSO HAS TOOLS, STOCKS, & TRAIN COLLECTION OVER $4K. AND HE IS OVER EXEMPTIONS.. MUST FILE 13 OR SURRENDER PROPERTY.. SHE UNDERSTANDS. SHE WANTED TO KNOW HOW LONG BK STAYS ON CREDIT REPORT. TOLD HER 10 YEARS BUT ABOUT TWO YEARS IN HIS SCORE SHOULD BE GOING INTO THE 600'S AGAIN.. AND ONLY INCREASE INTO THE FOLLOWING YEARS.. SHE WANTED TO MAKE SURE THAT HIS BK WOULD NOT AFFECT HER. TOLD HER IT WOULD NOT.

 *** MORGAN ***  July 30, 2007 at  5:05pm
 DEBTOR CALLED AND GAVE CONSENT FOR US TO DISCUSS HIS CASE WITH HIS SIGNIFICANT OTHER (GIRLFRIEND OF A LONG TIME)-JUDY GRANT.

Chapter 13

From Dennis Strunk 07 07297

To Fay Weller


THESE ARE RECEIPTS OF
MEDICAL AND PERSCRIPTIONS FOR
INJURY SUSTAINED IN CAR ACCIDENT
AND COPY OF ACCI REPORT

THESE WILL BE ON GOING FOR
THE REST OF MY LIFE

Exhibit "B"



**Laboratory Corporation of America**

# LABORATORY BILL

TAX ID# : 84-0611484

517121731530

| | |
|---|---|
| PATIENT: | **DENNIS STRUNK** |
| INVOICE DATE: | 08/25/05 |

#BWNDJPN * * * 5-DIGIT  80421
#008817437109#

**DENNIS STRUNK**
**397 N RIDGE RD**
**BAILEY, CO 80421-2344**

| YOUR INVOICE # / FACTURA | **88174371** |
|---|---|
| AMOUNT DUE: | **$13.93** |

**DUE UPON RECEIPT**

| Test requested by: | Please note: |
|---|---|
| ADVANCED HEALTHCARE<br>5404 MAIN STREET<br>NEW PORT RICHEY, FL 34652 | *YOU ARE RESPONSIBLE FOR PAYMENT OF THIS ACCOUNT. THESE LAB CHARGES ARE NOT INCLUDED IN ANY OTHER HOSPITAL OR PHYSICIAN STATEMENTS.* |
| Please Note: These charges are not included in your doctor's fee. | Only your doctor can answer questions concerning diagnosis and results. |

THIS BILL REPRESENTS THE CO-INSURANCE, DEDUCTIBLE OR COPAY AMOUNT DUE AFTER NOTIFICATION FROM YOUR INSURANCE COMPANY. PLEASE REMIT PAYMENT WITHIN 30 DAYS.

## Summary of Activity

| Date of Service | Description | Charges | Adjustments | Medicare/ Medicaid Paid | Insurance Paid | Patient Paid | You Pay |
|---|---|---|---|---|---|---|---|
| 06/20/05 | TSH<br>ADJUSTMENT(S) | 94.00 | (80.07) | | | | 94.00<br>(80.07) |
| | | 94.00 | (80.07) | | | | **$13.93** |

| We accept the following credit cards: | To resolve your account: |
|---|---|
| VISA    MasterCard | **Call: 1-800-845-6167 ; or**<br>**Visit: www.labcorp.com/billing** |

TEST PERFORMED BY:  LABCORP TAMPA  5610 W LASALLE STREET  TAMPA, FL 33607

001197R

**SWEDISH MEDICAL CENTER**
P.O. BOX 99400
LOUISVILLE, KY 40269



431672-008313200- R1



National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM ET
TOLL-FREE:    1-800-377-2013
ESPANOL:     1-800-681-9692

**Pay your bill on line at your convenience**

**WWW.SWEDISHHOSPITAL.COM/BILL.ASP**

Due to privacy laws; when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
|---|---|---|
| **Dennis Vigil Strunk**<br>**397 North Ridge Rd**<br>**Bailey, CO 80421** | Patient Name:<br>Account Number:<br>Discharge Date:<br>Account Balance:<br>Partial Pymt Amt:<br>Current Amount Due:<br>Statement Date: | Dennis Vigil Strunk<br>3169970546<br>11/23/09<br>$1,369.37<br>$500.00<br>$1000.00<br>04/06/11 |

391

PAY THIS
AMOUNT

### REMINDER OF PARTIAL PAYMENTS

Dear Dennis Vigil Strunk,

We would like to remind you that the next payment on this account is due on the date shown below. Please send payment for the current amount due. To ensure your payment is received each month by the date agreed upon, please mail your payment at least ten (10) days before the due date. For your convenience, we also accept payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you have already sent payment, thank you.

*675*
*500*
*4/12/11*

SWEDISH MEDICAL CENTER
National Patient Account Services

Refer to back for additional billing information

000790L

**SWEDISH MEDICAL CENTER**
P.O. BOX 99400
LOUISVILLE, KY 40269

431672-008313200- D2



National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM ET
TOLL-FREE:   1-800-377-2013
ESPANOL:     1-800-681-9692

**Pay your bill on line at your convenience**

WWW.SWEDISHHOSPITAL.COM/BILL.ASP

Due to privacy laws; when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
|---|---|---|
| Dennis Vigil Strunk<br>397 North Ridge Rd<br>Bailey, CO 80421 | Patient Name:<br>Account Number:<br>Discharge Date:<br>Account Balance:<br>Partial Pymt Amt:<br>Past Due Amount:<br>Statement Date: | Dennis Vigil Strunk<br>3169970546<br>11/23/09<br>$2,869.37<br>$500.00<br>$500.00<br>12/27/10 |

576

PAY THIS
AMOUNT
NOW

**IMMEDIATE ACTION REQUIRED**

Dear Dennis  Vigil Strunk,

Your promised payment is overdue. As a courtesy, we honored your request to resolve this account through
partial payments. In order to resolve this account, we were willing to accept those payments. Failure to receive
the Past Due Amount will result in losing the privilege of our agreement for partial payments. This could also
result in placement of your account with a debt collector.

Payment of the **Past Due Amount** must be received within the next 5 days. To ensure timely posting of your
payment, you may make payment over the phone by check, credit card, or debit card through our automated
payment system at no additional cost.

If payment has already been sent, thank you.

SWEDISH MEDICAL CENTER
National Patient Account Services

001583L

**SWEDISH MEDICAL CENTER**
P.O. BOX 99400
LOUISVILLE, KY 40269



431672-008313200- R1



National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM ET
TOLL-FREE:   1-800-377-2013
ESPANOL:    1-800-681-9692

**Pay your bill on line at your convenience**

**WWW.SWEDISHHOSPITAL.COM/BILL.ASP**

Due to privacy laws; when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
| --- | --- | --- |
| Dennis  Vigil Strunk<br>397 North Ridge Rd<br>Bailey, CO  80421 | Patient Name:<br>Account Number:<br>Discharge Date:<br>Account Balance:<br>Partial Pymt Amt:<br>Current Amount Due:<br>Statement Date: | Dennis Vigil Strunk<br>3169970546<br>11/23/09<br>$3,869.37<br>$500.00<br>$1000.00<br>11/06/10 |

164

 **PAY THIS AMOUNT**

**REMINDER OF PARTIAL PAYMENTS**

Dear Dennis  Vigil Strunk,

We would like to remind you that the next payment on this account is due on the date shown below. Please send payment for the current amount due. To ensure your payment is received each month by the date agreed upon, please mail your payment at least ten (10) days before the due date. For your convenience, we also accept payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you have already sent payment, thank you.

SWEDISH MEDICAL CENTER
National Patient Account Services

Refer to back for additional billing information

001171L

**SWEDISH MEDICAL CENTER**
P.O. BOX 99400
LOUISVILLE, KY 40269

431672-008313200- R1



National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM ET
TOLL-FREE:    1-800-377-2013
ESPANOL:     1-800-681-9692

**Pay your bill on line at your convenience**

WWW.SWEDISHHOSPITAL.COM/BILL.ASP

Due to privacy laws; when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
|---|---|---|
| Dennis  Vigil Strunk | Patient Name: | Dennis Vigil Strunk |
| 397 North Ridge Rd | Account Number: | 3169970546 |
| Bailey, CO  80421 | Discharge Date: | 11/23/09 |
| | Account Balance: | $3,369.37 |
| | Partial Pymt Amt: | $500.00 |
| | Current Amount Due: | $1000.00 |
| | Statement Date: | 12/06/10 |

340

**PAY THIS AMOUNT**

**REMINDER OF PARTIAL PAYMENTS**

Dear Dennis  Vigil Strunk,

We would like to remind you that the next payment on this account is due on the date shown below. Please send payment for the current amount due. To ensure your payment is received each month by the date agreed upon, please mail your payment at least ten (10) days before the due date. For your convenience, we also accept payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you have already sent payment, thank you.



**SWEDISH MEDICAL CENTER**
National Patient Account Services

000926L

**SKY RIDGE MEDICAL CENTER**
P.O.BOX 99008
BEDFORD, TX 76095

National Patient Account Services
MON-FRI 8AM-5PM CST
TOLL-FREE:   1-800-377-2034
ESPANOL:    1-800-681-9692



489361-704130365- G9

Due to privacy laws; when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
|---|---|---|
| | Patient Name: | Dennis Vigil Strunk |
| **Dennis Vigil Strunk** | Account Number: | 3600528773 |
| 397 North Ridge Rd | Discharge Date: | 12/07/06 |
| Bailey, CO 80421 | Total Charges: | 40490.68 |
| | Statement Date: | 06/13/07 |
| | Account Balance: | $2,358.88 |

844

**PAY THIS AMOUNT**

Dear Dennis Vigil Strunk,

Thank you for selecting us for your medical services. We trust that you found our commitment to patient care to be of the highest standard.

This statement reflects the unpaid balance on your account. We appreciate your prompt attention to this outstanding balance. For your convenience, we accept payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you have already sent payment in full, thank you.

SKY RIDGE MEDICAL CENTER
National Patient Account Services

SKY RIDGE MEDICAL CENTER
P.O.BOX 99008
BEDFORD, TX 76095

National Patient Account Services
MON-FRI 8AM-5PM CST
TOLL-FREE:    1-800-377-2034
ESPANOL:      1-800-681-9692

489361-704130365-  AJ

Due to privacy laws: when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

**Responsible Party**

Dennis Vigil Strunk
397 North Ridge Rd
Bailey, CO  80421

122

**Account Information**

| | |
|---|---|
| Patient Name: | Dennis Vigil Strunk |
| Account Number: | 3600528773 |
| Discharge Date: | 12/07/06 |
| Total Charges: | 40490.68 |
| Statement Date: | 02/26/07 |
| Account Balance: | $3,358.88 |
| Payment Due Date: | 03/13/07 |

**PAY THIS AMOUNT**

**BILL FOR SELF-PAY BALANCE—IMMEDIATE ACTION REQUIRED**

Dear Dennis Vigil Strunk,

Thank you for selecting us for your medical services. We trust that you found our commitment to patient care
to be of the highest standard.

Your insurance company was billed, leaving an unpaid balance in the amount shown above. If you have
additional insurance information not previously provided, please contact us at the toll-free number above. As
a courtesy to you, we will bill your insurance. However, it is your responsibility to ensure that payment is received.

If there is no additional insurance information, please send payment in full by the due date below. We also
offer the convenience of payment through our automated payment system by check, credit card, or debit
card, at no additional cost.

In the event you are unable to pay the total balance at this time, please contact us to discuss resolution of
your account.

If you have already sent payment in full, thank you.

SKY RIDGE MEDICAL CENTER
National Patient Account Services

Refer to back for additional billing information

SKY RIDGE MEDICAL CENTER
P.O.BOX 99008
BEDFORD, TX 76095

National Patient Account Services
MON-FRI 8AM-5PM CST
TOLL-FREE:   1-800-377-2034
ESPANOL:    1-800-681-9692



489361-704130365- D1

> Due to privacy laws; when calling please be prepared to provide
> the patient's date of birth, address, and Social Security Number.

| **Responsible Party** | | **Account Information** | |
|---|---|---|---|
| 590 | Dennis Vigil Strunk<br>397 North Ridge Rd<br>Bailey, CO 80421 | Patient Name:<br>Account Number:<br>Discharge Date:<br>Total Charges:<br>Statement Date:<br>Account Balance: | Dennis Vigil Strunk<br>3600528773<br>12/07/06<br>40490.68<br>05/19/07<br>$2,358.88    PAY THIS<br>AMOUNT<br>NOW |

**DEFAULT IMMEDIATE ACTION REQUIRED**

Dear Dennis Vigil Strunk,

As of the date of this letter, we have not received your promised payment for the amount shown above. You are obligated to pay this account. To avoid further action, please send payment in full today. To ensure timely posting of your payment, you may make payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you are unable to pay this balance in full, please contact us at the toll-free number above to discuss resolution of your account. Failure to contact us immediately regarding this account will result in further collection efforts, which may include placement with a collection agency.

If you already sent payment in full, thank you.

SKY RIDGE MEDICAL CENTER
National Patient Account Services

Refer to back for additional billing information

| DATE | DESCRIPTION | CHARGE | PAYMENT/ADJ | BALANCE |
|------|-------------|--------|-------------|---------|
| **Provider: LEVITT, PETER W** | | | | |
| Voucher: 9422110 | | | | |
| 06/14/10 | ECG MONITOR/REPORT, 24 | $220.09 | | |
| 07/08/10 | HMO PAYMENT | | $0.00 | |
| 07/08/10 | HMO ADJUSTMENT | | $93.23 | |
| 07/08/10 | TRANSFER TO PATIENT | | | $126.86 |
| | Ending Balance: | | | $126.86 |

**PLEASE REMIT YOUR PAYMENT PROMPTLY.**

Online Bill Pay is now available at www.southdenver.com.
Please select the patient portal button for instructions on how to register and pay online.

_1 26 .86_
_6018_
_7/21_

**BALANCE DUE: $126.86**

Account Number: 1128320                   ** Due Upon Receipt **

Email address: billing@southdenver.com

**South Denver Cardiology Associates PC**
1000 SouthPark Drive
Littleton  CO  80120-5654

SDCAPC01-0241555-0004699-1669475-001-000146-#005003-0006          Phone: 303/744-1065  Option 4

SWEDISH MEDICAL CENTER
P.O. BOX 99400
LOUISVILLE, KY 40269

**431672-008313200-  R1**

001760L

National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM ET
TOLL-FREE:    1-800-377-2013
ESPANOL:     1-800-681-9692
**Pay your bill on line at your convenience**

**WWW.SWEDISHHOSPITAL.COM/BILL.ASP**

Due to privacy laws: when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
|---|---|---|
| **Dennis  Vigil Strunk**<br>**397 North Ridge Rd**<br>**Bailey, CO  80421** | Patient Name: | Dennis Vigil Strunk |
| | Account Number: | 3169970546 |
| | Discharge Date: | 11/23/09 |
| | Account Balance: | $1,869.37 |
| | Partial Pymt Amt: | $500.00 |
| | Current Amount Due: | $500.00 |
| | Statement Date: | 02/05/11 |

518

 **PAY THIS AMOUNT**

**REMINDER OF PARTIAL PAYMENTS**

Dear Dennis  Vigil Strunk,

We would like to remind you that the next payment on this account is due on the date shown below. Please
send payment for the current amount due. To ensure your payment is received each month by the date
agreed upon, please mail your payment at least ten (10) days before the due date. For your convenience, we
also accept payment over the phone by check, credit card, or debit card through our automated payment system
at no additional cost.

If you have already sent payment, thank you.

3/2/11
6/64
500

SWEDISH MEDICAL CENTER
National Patient Account Services

Refer to back for additional billing information

001095L

**SWEDISH MEDICAL CENTER**
P.O. BOX 99400
LOUISVILLE, KY 40269

*300* 
*11/3* 
*OR 6130*

National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM ET
TOLL-FREE:    1-800-377-2013
ESPANOL:    1-800-681-9692

**Pay your bill on line at your convenience**

**WWW.SWEDISHHOSPITAL.COM/BILL.ASP**

431672-008313200- R1



Due to privacy laws, when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
|---|---|---|
| Dennis  Vigil Strunk | Patient Name: | Dennis Vigil Strunk |
| 397 North Ridge Rd | Account Number: | 3169970546 |
| Bailey, CO  80421 | Discharge Date: | 11/23/09 |
| | Account Balance: | $3,869.37 |
| | Partial Pymt Amt: | $500.00 |
| | Current Amount Due: | $500.00 |
| | Statement Date: | 10/06/10 |

190I

**PAY THIS AMOUNT**

**REMINDER OF PARTIAL PAYMENTS**

Dear Dennis  Vigil Strunk,

We would like to remind you that the next payment on this account is due on the date shown below. Please send payment for the current amount due. To ensure your payment is received each month by the date agreed upon, please mail your payment at least ten (10) days before the due date. For your convenience, we also accept payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you have already sent payment, thank you.

**SWEDISH MEDICAL CENTER**
**National Patient Account Services**

003995R

**SWEDISH MEDICAL CENTER**
P.O. BOX 99400
LOUISVILLE, KY 40269

431672-008313200- FM

National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM CT
TOLL-FREE:    1-800-377-2013
ESPANOL:    1-800-681-9692

**Pay your bill on line at your convenience**

**WWW.SWEDISHHOSPITAL.COM/BILL.ASP**

Due to privacy laws, when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

**Dennis Vigil Strunk**
397 North Ridge Rd
Bailey, CO 80421

993

| | |
|---|---|
| Patient Name: | Dennis Vigil Strunk |
| Account Number: | 3169970546 |
| Discharge Date: | 11/23/09 |
| Total Charges: | $11,017.44 |
| Statement Date: | 06/08/10 |
| Account Balance: | $4,369.37 |
| Payment Due Date: | 06/18/10 |

◀ **PAY THIS AMOUNT NOW**

FINAL N

Dear Dennis Vigil Strunk,

You previously received a final notice and although your partial payment is appreciated, the remaining balance is due. Payment in full is expected within ten (10) days.

This is your **FINAL** notice. Failure to respond to this notice may result in placement of this account with a collection agency within 30 days without further notice. We strongly urge you to take advantage of this final opportunity to resolve your account. To ensure prompt posting of your payment, please take advantage of the option to make payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you are unable to pay this balance in full, please contact us at the toll-free number shown above to discuss resolution of your account balance and avoid any negative affect to your credit rating.

SWEDISH MEDICAL CENTER
National Patient Account Services

009485L

**SWEDISH MEDICAL CENTER**
P.O. BOX 99400
LOUISVILLE, KY 40269

431672-008313200- FI

National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM CT
TOLL-FREE:   1-800-377-2013
ESPANOL:     1-800-681-9692



**Pay your bill on line at your convenience**

WWW.SWEDISHHOSPITAL.COM/BILL.ASP

Due to privacy laws; when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

---

Dennis  Vigil Strunk
397 North Ridge Rd
Bailey, CO  80421

692

| | |
|---|---|
| Patient Name: | Dennis Vigil Strunk |
| Account Number: | 3169970546 |
| Discharge Date: | 11/23/09 |
| Statement Date: | 05/24/10 |
| Payment Due Date: | 06/03/10 |
| Pat Balance Due: | $4,869.37 |

**PAY THIS
AMOUNT
NOW**

**FINAL**

Dear Dennis  Vigil Strunk,

Despite our efforts, we have been unable to secure payment of this account. You are legally obligated to pay for the services provided. We strongly urge that you take advantage of this **FINAL** opportunity to settle your debt.

Payment in full is expected within ten (10) days. If payment in full is not received, your account will be referred to a collection agency in thirty (30) days and will be reported to a credit bureau, without further notice.
To ensure prompt posting of your payment, you may make payment through our automated payment system by check, credit card, or debit card, at no additional cost.

If you are unable to pay this balance in full, please contact us at the toll-free number shown above to discuss resolving your account balance.

If you have already sent payment in full, thank you.

SWEDISH MEDICAL CENTER
National Patient Account Services

## SUMMARY OF ACCOUNT

 

**SKY RIDGE MEDICAL CENTER**
P.O. BOX 13620
RICHMOND, VA 23225-8620

**STATEMENT DATE   01/03/10**

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| 12/09/09 TO 12/09/09 | STRUNK DENNIS VIGIL | 8938216787 |

THE INSURANCE CLAIMS OUTSTANDING REPRESENT OUR ESTIMATE
OF INSURANCE LIABILITY BASED ON OUR BEST INFORMATION

| TOTAL CHARGES | NEW CHARG ACTIVITY | .W PAYMENTS OR CREDITS | NEW ACCOUNT ADJUSTMENTS | PREVIOUS TRANSACTIONS | INSURANCE CLAIMS OUTSTANDING | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 1,116.50 | 0.00 | 664.90 | 446.60 | 0.00 | 0.00 | $5.00 |

| DATE | DESCRIPTION | UNITS | AMOUNT | DATE | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/09/09 | OUTPATIENT SERVICES | | 1,116.50 | 12/09/09 | REMOTE SITE CASH | | 50.00- |
| 12/31/09 | ROCLY MOUNTAIN PPO PYMT | | 614.90- | | TOTAL PAYMENTS | | 664.90- |
| 12/09/09 | CONTRACTUAL ADJ | | 334.95- | 12/31/09 | CONTRACTUAL ADJ | | 334.95 |
| 12/31/09 | CONTRACTUAL ADJ | | 446.60- | | TOTAL ADJUSTMENTS | | 446.60- |
| | | | | | ACCOUNT BALANCE | | 5.00 |
| | | | | | DUE FROM PATIENT | | 5.00 |
| 12/15/09 | ROCKY MTN HLTH PPO | BILLED | | | | | |

TO VIEW/PAY YOUR ACCT VIA WEB: http://skyridgemedcenter.com/bill.asp
IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL: 866-475-7937

THANK YOU FOR CHOOSING HEALTHONE FOR YOUR HEALTH  CARE NEEDS.

THIS BILL IS FOR HOSPITAL SERVICES ONLY

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT        **STATEMENT**        * IDENTIFICATION CODE: LAST THREE DIGITS ON BACK OF MC, DISCOVER, AND VISA

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INS. BAL | PAT. BAL | LINE ITEM BAL |
|---|---|---|---|---|---|
| 09/25/08 | ENCOUNTER 11036 FOR DENNIS WITH RUTZ PAC, STEPHANIE | | | | |
| 09/25/08 | 99214 - OFFICE/OUTPATIENT VISIT, EST COMPREHENSIVE | $128.00 | | -$40.00 | |
| 09/30/08 | CoPay - Check | -$40.00 | | | |
| 10/17/08 | Pymt Commercial (COINS  (Coinsurance)) | -$67.35 | | | |
| 10/17/08 | Adj RMHP (COINS  (Coinsurance)) | -$20.65 | | | |
| 12/12/08 | Pymt Attorney | -$40.00 | | | |
| | ENCOUNTER TOTAL | -$40.00 | $0.00 | -$40.00 | -$40.00 |
| 12/16/09 | ENCOUNTER 56122 FOR DENNIS WITH RUTZ PAC, STEPHANIE | | | | |
| 12/16/09 | 99243 - OFFICE CONSULTATION DETAILED | $202.00 | $137.00 | $65.00 | |
| | ENCOUNTER TOTAL | $202.00 | $137.00 | $65.00 | $202.00 |

Thank you for visiting our practice.  Minimum of 20% of your balance is due upon receipt.

| CURRENT | 30-60 DAYS | 60-90 DAYS | 90-120 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | DUE FROM PATIENT |
|---|---|---|---|---|---|---|
| $202.00 | $0.00 | $0.00 | $0.00 | -$40.00 | $162.00 | $25.00 |

**To Avoid Any Interruption With Care, Please Pay Balance Promptly.  Unpaid Balances Must Be Paid Prior To Next Appointment.  If This Statement Is For A Co-pay That Was Paid At The Time Of Service, Please Disregard This Bill.**

**COLORADO REHABILITATION AND OCCUPATIONAL  •  830 POTOMAC CIRCLE, SUITE 290  •  AURORA, CO 80011**

001234R

**SWEDISH MEDICAL CENTER-SOUTHWEST**
P.O. BOX 99008
BEDFORD, TX 76095

431222-804613650- SP

*handwritten:* ck 580 /
3 150
2/23



National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM CT
TOLL-FREE:   1-800-377-2013
ESPANOL:   1-800-681-9692

Due to privacy laws, when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
|---|---|---|
| **Dennis Vigil Strunk**<br>397 North Ridge Rd<br>Bailey, CO  80421 | Patient Name:<br>Account Number:<br>Discharge Date:<br>Total Charges:<br>Statement Date:<br>Pat Balance Due:<br>Payment Due Date: | **Dennis Vigil Strunk**<br>3122084012<br>01/03/08<br>552.65<br>02/15/08<br>$150.00<br>03/02/08 |

161

⬅ PAY THIS AMOUNT

Dear Dennis Vigil Strunk,

Thank you for selecting us for your medical services. We trust that you found our commitment to patient care to be of the highest standard.

Your insurance company was billed, leaving an unpaid balance in the amount shown above. Our records indicate this balance is your responsibility. Please send payment in full by the payment due date indicated below. We also offer the convenience of paying over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you have additional insurance information not previously provided, please contact us at the toll-free number above. As a courtesy, we will bill your insurance. However, it is your responsibility to ensure payment is received.

In the event you are unable to pay the total balance at this time, please contact us to discuss resolution of your account.

If you have already sent payment in full, thank you.

SWEDISH MEDICAL CENTER-SOUTHWEST
National Patient Account Services

SWEDISH MEDICAL CENTER
P.O. BOX 99400
LOUISVILLE, KY  40269

431672-008313200- SP

001744H

National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM CT
TOLL-FREE:    1-800-377-2013
ESPANOL:      1-800-681-9692

WWW.SWEDISHHOSPITAL.COM/BILL.ASP

Due to privacy laws; when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

Dennis Vigil Strunk
397 North Ridge Rd
Bailey, CO 80421

487

| Patient Name: | Dennis Vigil Strunk |
|---|---|
| Account Number: | 3169970546 |
| Discharge Date: | 11/23/09 |
| Total Charges: | $11,017.44 |
| Statement Date: | 03/24/10 |
| Pat Balance Due: | $1,015.21 |
| Payment Due Date: | 04/08/10 |

← PAY THIS
AMOUNT

Dear Dennis  Vigil Strunk,

Thank you for selecting us for your medical services. We trust that you found our commitment to patient care
to be of the highest standard.

Your insurance company was billed, leaving an unpaid balance in the amount shown above. Our records
indicate this balance is your responsibility. Please send payment in full by the payment due date indicated
below. We also offer the convenience of paying over the phone by check, credit card, or debit card through
our automated payment system at no additional cost.

If you have additional insurance information not previously provided, please contact us at the toll-free number
above. As a courtesy, we will bill your insurance. However, it is your responsibility to ensure payment is
received.

In the event you are unable to pay the total balance at this time, please contact us to discuss resolution of
your account.

If you have already sent payment in full, thank you.

SWEDISH MEDICAL CENTER
National Patient Account Services

1,015.21
3/28
406

Refer to back for additional billing information

SUMMARY OF
ACCOUNT

 

**SWEDISH MEDICAL CENTER**
PO BOX 13620
RICHMOND, VA 23225-8620

STATEMENT DATE **12/16/09**

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| 11/21/09 TO 11/21/09 | **STRUNK DENNIS VIGIL** | **3169963309** |

| TOTAL CHARGES | NEW CHARGE ACTIVITY | PAYMENTS POSTED | NEW ACCOUNT ADJUSTMENTS | PENDING INSURANCE | INSURANCE NO LONGER OUTSTANDING | AMOUNT DUE |
|---|---|---|---|---|---|---|
| **5,527.31** | **0.00** | **1420.70** | **2210.92** | **0.00** | **0.00** | **$1,895.69** |

| DATE | DESCRIPTION | UNITS | AMOUNT | DATE | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/21/09 | OUTPATIENT SERVICES | | 5,527.31 | 11/21/09 | REMOTE SITE CASH | | 50.00- |
| 12/15/09 | ROCLY MOUNTAIN PPO PYMT | | 1,370.70- | | TOTAL PAYMENTS | | 1,420.70- |
| 11/21/09 | CONTRACTUAL ADJ | | 4,344.81- | 12/15/09 | CONTRACTUAL ADJ | | 4,344.81 |
| 12/15/09 | CONTRACTUAL ADJ | | 2,210.92- | | TOTAL ADJUSTMENTS | | 2,210.92- |
| | | | | | ACCOUNT BALANCE | | 1,895.69 |
| | | | | | DUE FROM PATIENT | | 1,895.69 |
| 11/30/09 | ROCKY MTN HLTH PPO  BILLED | | | | | | |

*2404.66*
*Pd 2 invoices*
*ck 6009*
*1/17/10*
*1,895.69*

TO VIEW/PAY YOUR ACCT VIA WEB: www.swedishhospital.com/bill.asp
IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL: 866-475-1385
THANK YOU FOR CHOOSING OUR HOSPITAL FOR YOUR
HEALTHCARE NEEDS.

Beacon Medical Services provides billing services for the physician group on this statement.

| DATE | PROVIDER NAME | PATIENT | DESCRIPTION OF SERVICE | CPT-4 | ICD-9 | DEP | CHARGES/ PAYMENTS |
|---|---|---|---|---|---|---|---|
| 11/23/09 | SCOTT, WILLI | STRUNK,DENNI | EMERGENCY DEP | 99285 | 789.07 | 50 | 549.00 |
| Charges exceed our fee schedule or maximum allowable amount. | | | | | | | |
| 01/07/10 | ROCKY MOUNTAIN | HMO PAYMENT | | | | | -159.72 |
| 01/07/10 | RMHMO PAYMENT | ADJUSTMENT | | | | | -303.28 |
| 12/28/09 | INS FILED: ROCKY | MTN HMO-COMM | ROCKY MTN HMO-COMM | | | | |

THIS STATEMENT REFLECTS THE EMERGENCY ROOM PROVIDER CHARGES ONLY.
YOU MAY RECEIVE SEPARATE BILLING FROM THE HOSPITAL AND OTHER PROVIDERS.

**WE HAVE FILED CLAIMS WITH YOUR INSURANCE COMPANY BUT HAVE NOT RECEIVED A PAYMENT, RESPONSE, OR DENIAL FROM THEM. THEREFORE, WE ARE LOOKING TO YOU FOR PAYMENT. IF YOU HAVE QUESTIONS REGARDING THESE CHARGES, PLEASE CONTACT OUR OFFICE. OTHERWISE FULL PAYMENT OF BALANCE DUE IS EXPECTED UPON RECEIPT OF THIS STATEMENT. CONTACT: 303-306-7101**

## ACCOUNT AGING

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 121 DAYS | ACCOUNT NO. | BALANCE DUE |
|---|---|---|---|---|---|---|
| 86.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150618904 | 86.00 |

IF PAYMENT HAS BEEN MADE PLEASE DISREGARD THIS STATEMENT.

4081*SU90EV0PT000084

P.O. BOX 99008
BEDFORD, TX 76095

National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM CT
TOLL-FREE:   1-800-377-2013
ESPANOL:   1-800-681-9692

5824
150
4/30/08

431222-732610891- FK

Due to privacy laws, when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.

732

Dennis Vigil Strunk
397 North Ridge Rd
Bailey, CO  80421

| | |
|---|---|
| Patient Name: | Dennis Vigil Strunk |
| Account Number: | 3122014552 |
| Discharge Date: | 09/12/07 |
| Statement Date: | 04/09/08 |
| Payment Due Date: | 04/19/08 |
| Pat Balance Due: | $150.00 |

← PAY THIS
AMOUNT
NOW

Dear Dennis Vigil Strunk,

Despite our efforts, we have been unable to secure payment of this account. You are legally obligated to pay for the services provided. We strongly urge that you take advantage of this FINAL opportunity to settle your debt.

Payment in full is expected within ten (10) days. If payment in full is not received, your account will be referred to a collection agency in thirty (30) days and will be reported to a credit bureau, without further notice.
To ensure prompt posting of your payment, you may make payment through our automated payment system by check, credit card, or debit card, at no additional cost.

If you are unable to pay this balance in full, please contact us at the toll-free number shown above to discuss resolving your account balance.

If you have already sent payment in full, thank you.

SWEDISH MEDICAL CENTER-SOUTHWEST
National Patient Account Services

Refer to back for additional billing information

**REGIONAL MEDICAL CENTER BAYONET POINT**
P.O. BOX 99400
LOUISVILLE, KY  40269



005884R

403112-803515056-  SP

*5804*
*317.22*
*2/23*

National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM ET
TOLL-FREE:   1-800-223-9899
ESPANOL:      1-800-681-9692



WWW.RMCHEALTH.COM/BILL.ASP

Due to privacy laws; when calling please be prepared to provide
the patient's date of birth, address, and Social Security Number.



**Dennis Strunk**
**9610 Rex St**
**Hudson, FL  34669**

105

| | |
|---|---|
| Patient Name: | Dennis Strunk |
| Account Number: | 88827138 |
| Discharge Date: | 08/10/07 |
| Total Charges: | 797.47 |
| Statement Date: | 02/04/08 |
| Pat Balance Due: | $317.22 |
| Payment Due Date: | 02/19/08 |



**PAY THIS AMOUNT**

Dear Dennis Strunk,

Thank you for selecting us for your medical services. We trust that you found our commitment to patient care to be of the highest standard.

Your insurance company was billed, leaving an unpaid balance in the amount shown above. Our records indicate this balance is your responsibility. Please send payment in full by the payment due date indicated below. We also offer the convenience of paying over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you have additional insurance information not previously provided, please contact us at the toll-free number above. As a courtesy, we will bill your insurance. However, it is your responsibility to ensure payment is received.

In the event you are unable to pay the total balance at this time, please contact us to discuss resolution of your account.

If you have already sent payment in full, thank you.

REGIONAL MEDICAL CENTER BAYONET POINT
National Patient Account Services

Refer to back for additional billing information

| Date | Patient Name | Doctor | Description | Charges | Adjustments | Payments | Balance | Ins. Pen. |
|------|------|------|------|------|------|------|------|------|
| 08/10/07 | Dennis | RILEY | CHEST PA & LATERAL | 40.00 | | | 40.00 | |
| | | | Your insurance could not ID you as one of their insured. | | | | | |

```
** Payment is due upon receipt. Thank you. **
```

| Message | | |
|------|------|------|
| THIS STATEMENT IS FOR RADIOLOGY READING SERVICES AT REGIONAL MEDICAL CENTER BAYONET POINT. PLEASE CALL US AT THE NUMBER BELOW IF YOU HAVE ANY QUESTIONS. M-F 8:30AM-5:00PM. | | |

| | Balance |
|------|------|
| Total Balance | 40.00 |
| * Insurance Pending | 0.00 |
| Amount Due Now | $40.00 |

| Statement Date | Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Balance | * Ins. Pending |
|------|------|------|------|------|------|------|------|------|
| 05/19/08 | 40004668 | 0.00 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 |

**Make Checks Payable To:**

HUDSON RADIOLOGY CONSULTANTS, PL
PO BOX 26309
TAMPA, FL 33623

**Billing Questions**

(813) 899-6220

16466-029L*TDROLJV8G000064

```
                    CROM DTC
               8200 E BELLEVIEW AVE
                    STE 380 E
            GREENWOOD VILLAGE, CO 80111
                  720-875-0551


                    CROM DTC
             0075420008014503968000


     Date: 07/13/2011      02:39:19 PM

               CREDIT CARD SALE

CARD NUMBER: *********6545    S
TRAN AMOUNT: $65.00
APPROVAL CD: R2917Z
RECORD #:    006
CLERK ID:    Endresa
SALES TAX:   $0.00
Encounter #: 117331


X_____
        DENNIS              STRUNK


I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO THE CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

               Thank you!
        www.ColoradoRehabilitation.com
```

CROM DTC
8200 E BELLEVIEW AVE
STE 380 E
GREENWOOD VILLAGE, CO 80111
720-875-0551

CROM DTC
0075420008014503968000

Date: 11/02/2011       02:16:55 PM

CREDIT CARD SALE

CARD NUMBER: *********9361    S
TRAN AMOUNT: $65.00
APPROVAL CD: 002489
RECORD #:   008
CLERK ID:   Endresa
SALES TAX:   $0.00
Encounter #: 130352

X_____
DENNIS V STRUNK

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO THE CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

Thank you!
www.ColoradoRehabilitation.com

COLORADO REHAB & OCC MEDICINE
PO BOX 31207
AURORA CO 80041-0207
(303) 341-4785

Date:         08/21/08

Account #:    643292

Tot Balance:  170.00

Patient Due:  125.00

Dennis Strunk
397 N Ridge Rd

Bailey CO 80421

INS:   ROCKY MOUNTAIN HEALTH PLN

ITEMS MARKED WITH AN ASTERISK(*) ARE PENDING FROM YOUR INSURANCE

| DATE OF SERVICE | DESCRIPTION | MESSAGE | DOCTOR | CHARGE | MEDICARE RECEIPTS | INSURANCE RECEIPTS | PATIENT RECEIPTS | ADJUSTS | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/07 | ESTABLISHED PATIENT | | Primack DO | 85.00 | .00 | .00 | 40.00 | .00 | 45.00 * |
| 02/29/08 | ANALYSIS INFORMATION | Denied by Insurance | Primack DO | 125.00 | .00 | .00 | .00 | .00 | 125.00 |
| 05/16/08 | ESTABLISHED PATIENT | | Primack DO | 124.00 | .00 | 67.35 | 40.00 | 16.65 | .00 |

Next Appointment:

| | Current | Over-30 | Over-60 | Over-90 | Over-120 | Total | Ins Due | Pat Due |
|---|---|---|---|---|---|---|---|---|
| | 125.00 | .00 | .00 | .00 | .00 | 170.00 | 45.00 | 125.00 |

MAKE CHECKS PAYABLE TO:

**Colorado Rehab & OCC Med**
830 Potomac Circle Suite 290

Aurora, CO 80011

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 02/23/09 | $0.00 | 4235 |

| TAX ID NUMBER | SHOW AMOUNT |
|---|---|
| 841238486 | PAID HERE $ |

ENCOUNTER INVOICE  25667

ADDRESSEE:

ԼուlԼllllllllllll
**Strunk, Dennis**
397 N Ridge Rd

Bailey, Co 80421

REMIT TO:

ԼուlԼllllllllllll
**Colorado Rehab & OCC Med**
830 Potomac Circle Suite 290

Aurora, CO 80011

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 02/23/09 | | | | | CoPay - Cash (QTY 1) | -$40.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 4235 | $0.00 | -$40.00 | $0.00 | $0.00 | $0.00 |

MESSAGE:

| PLEASE PAY THIS AMOUNT »»»» | $0.00 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **

### ENCOUNTER INVOICE

PAGE: 1

MAKE CHECKS PAYABLE TO:

**Colorado Rehab & OCC Med**
830 Potomac Circle Suite 290

Aurora, CO 80011

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 09/25/08 | $0.00 | 4235 |

| TAX ID NUMBER | SHOW AMOUNT PAID HERE $ |
|---|---|
| 841238486 | |

ENCOUNTER INVOICE  11036

ADDRESSEE:

‖₁₁‖₁₁‖‖‖₁₁‖₁₁‖
**Strunk, Dennis**
397 N Ridge Rd

Bailey, Co 80421

REMIT TO:

‖₁₁‖₁₁‖‖‖₁₁‖₁₁‖
**Colorado Rehab & OCC Med**
830 Potomac Circle Suite 290

Aurora, CO 80011

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/25/08 | | | | | CoPay - Check (QTY 1) | -$40.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 4235 | $0.00 | -$40.00 | $0.00 | $0.00 | $0.00 |

MESSAGE:

| PLEASE PAY THIS AMOUNT »»»» | $0.00 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **

**ENCOUNTER INVOICE**

PAGE: 1

CROM NS
9351 GRANT ST
STE 100
THORNTON, CO 80229
303-280-3893

CROM NS
0075420008014503901000

Date: 01/12/2011        02:15:18 PM

CREDIT CARD SALE

CARD NUMBER: *********9361    S
TRAN AMOUNT: $65.00
APPROVAL CD: 012694
RECORD #:      003
CLERK ID:      Welchs
SALES TAX:     $0.00
Encounter #: 0

X_____
         DENNIS V STRUNK

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO THE CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

Thank you!
www.ColoradoRehabilitation.com

DENNIS STRUNK

RX# 6287528   TX: 0000350869   DAW: 0
GABAPENTIN 600 MG TABLET
GENERIC FOR:NEURONTIN 600 MG TABLET
NDC: 68462-0126-01   QTY: 270   DAYS: 90
EXPRESS SCRIPTS   AUTH #: 84379449

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

DATE: 12/...
NCPDP: 0619746
10/27/55
NEW

RPH: SM
D.E.: AM

---

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
DENNIS STRUNK
RX# 2117700   TX: 0000382232
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00378-2659-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS   AUTH #: 9937500

NO REFILLS REMAINING

PRICE: $15.00
YOUR INSURANCE B... ...VED YOU: $95.99

---

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
DENNIS STRUNK
RX# 2117701   TX: 0000382233   DAW: 0
HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30   DAYS: 30
EXPRESS SCRIPTS   AUTH #: 9996943

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S TERRY
NPI: 1558545004

DATE: 12/31/2011
NCPDP: 0619746
10/27/55
NEW

RPH: SM
D.E.: PC

NO REFILLS REMAINING

PRICE: $11.03
YOUR INSURANCE BENEFIT SAVED YOU: $4.25

---

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
DENNIS STRUNK
RX# 2118262   TX: 0000395696   DAW: 0
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS   AUTH #: 04707647

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
G BRUNWORTH
NPI: 1033174446

DATE: 01/30/2012
NCPDP: 0619746
10/27/55
NEW

RPH: PS
D.E.: JS

NO REFILLS REMAINING

PRICE: $15.00

---

DATE:10/15/2011
DENNIS STRUNK
GABAPENTIN 600 MG TABLET
GENERIC FOR:NEURONTIN 600 MG TABLET
NDC: 68462-0126-01   QTY: 270
RX# 6287528   TX: 0000350869
PRESCRIBER:  S RUTZ

PRICE: $   DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:12/31/2011
DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00378-2659-01   QTY: 60
RX# 2117700   TX: 0000382232
PRESCRIBER:  S TERRY

PRICE: $16.00   NEW

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:12/31/2011
DENNIS STRUNK
HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30
RX# 2117701   TX: 0000382233
PRESCRIBER:  S TERRY

PRICE: $11.03   NEW

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:01/30/2012
DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60
RX# 2118262   TX: 0000395696
PRESCRIBER:  G BRUNWORTH

PRICE: $15.00   NEW

METHOCARBAMOL 750 MG TABLET
GENERIC FOR-ROBAXIN-750 TABLET
NDC: 00143-1292-01   QTY: 120   DAYS: 30
EXPRESS SCRIPTS   AUTH #: 21909385 S RUTZ

BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

1.00 REFILL OF 120 UNTIL 11/01/2012

**PRICE: $16.00**
YOUR INSURANCE BENEFIT SAVED YOU: $5.29

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

RX# 9369589   TX: 0000444392

PREDNISONE 10 MG TABLET

NDC: 00054-0017-29   QTY: 30   DAYS: 12
EXPRESS SCRIPTS   AUTH # : 25937999 D ROLLINS

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
D ROLLINS
NPI: 1902844152

1.00 REFILL OF 30 UNTIL 03/22/2013

**PRICE: $2.96**
YOUR INSURANCE BENEFIT SAVED YOU: $1.04

DATE: 05/24/2012
NCPDP: 0619746
10/27/55

**REFILL**

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

RX# 2120464   TX: 0000445663

HYDROMorphone 4 MG TABLET
GENERIC FOR-DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30   DAYS: 30
EXPRESS SCRIPTS   AUTH # : 26954784 S RUTZ

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

NO REFILLS REMAINING

**PRICE: $6.31**
YOUR INSURANCE BENEFIT SAVED YOU: $15.58

DATE: 05/27/2012
NCPDP: 0619746
10/27/55

**NEW**

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

RX# 2120463   TX: 0000445664

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR-MS CONTIN CR 30 MG TABLE
NDC: 00378-2659-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS   AUTH # : 26788784 S RUTZ

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

NO REFILLS REMAINING

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $55.50

DATE: 05/27/2012
NCPDP: 0619746
10/27/55

**NEW**

METHOCARBAMOL 750 MG TABLET
GENERIC FOR-ROBAXIN-750 TABLET
NDC: 00143-1292-01   QTY: 120
RX# 6336098   TX: 0000443681
PRESCRIBER:  S RUTZ

**PRICE: $15.00**

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:05/24/2012
**DENNIS STRUNK**

PREDNISONE 10 MG TABLET

NDC: 00054-0017-29   QTY: 30
RX# 6359689   TX: 0000444392
PRESCRIBER:  D ROLLINS

**PRICE: $2.96**

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:05/27/2012
**DENNIS STRUNK**

HYDROMorphone 4 MG TABLET
GENERIC FOR-DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30
RX# 2120464   TX: 0000445663
PRESCRIBER:  S RUTZ

**PRICE: $6.31**

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:05/27/2012
**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR-MS CONTIN CR 30 MG TABLE
NDC: 00378-2659-01   QTY: 60
RX# 2120463   TX: 0000445664
PRESCRIBER:  S RUTZ

**PRICE: $15.00**

**REFILL**

**REFILL**

**NEW**

**NEW**

GENERIC: FOR MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01  QTY: 60  DAYS: 30
EXPRESS SCRIPTS          AUTH #: 10339707
PHONE: (303) 921-6212
PRESCRIBER: S RUTZ
NPI: 1558545004
RPH: ED
D.E.: PC
PRICE: $15.00
NO REFILLS REMAINING
YOUR INSURANCE BENEFIT SAVED YOU: $95.99
NEW

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK
TX: 0000331565       DAW: 0
DATE: 08/30/2011
NCPDP: 0619746
10/27/55

RX# 4124691
HYDROcodone-ACETAMINOPHEN 7.5-750
GENERIC FOR VICODIN ES 7.5-750 MG TA
NDC: 00406-0360-01  QTY: 12  DAYS: 2
EXPRESS SCRIPTS      AUTH #: 7530997
S LINN
NPI: 1083816151
PRESCRIBER: S LINN
RPH: JS
D.E.: JS
PRICE: $4.65
NO REFILLS REMAINING
YOUR INSURANCE BENEFIT SAVED YOU: $6.04
NEW

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK
TX: 0000421230       DAW: 0
DATE: 05/01/2012
NCPDP: 0619746
10/27/55

RX# 2119402
HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET
NDC: 00406-3244-01  QTY: 30  DAYS: 30
EXPRESS SCRIPTS      AUTH #: 15034765
S RUTZ
NPI: NEED
PRESCRIBER:
RPH: JS
D.E.: JS
PRICE: $8.04
NO REFILLS REMAINING
YOUR INSURANCE BENEFIT SAVED YOU: $7.25
REFILL

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK
TX: 0000434682       DAW: 0
NCPDP: 0619746
10/27/55

RX# 6351570
GABAPENTIN 600 MG TABLET
GENERIC FOR NEURONTIN 600 MG TABLET
NDC: 68462-0126-01  QTY: 270  DAYS: 90
EXPRESS SCRIPTS      AUTH #: 21936335
S RUTZ
PRESCRIBER: S RUTZ
RPH: SM
D.E.:
PRICE: $45.00
2.00 REFILLS OF 270 UNTIL 02/05/2013

---

GENERIC: FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01  QTY: 60
RX# 2118774    TX: 0000407494
PRESCRIBER: S RUTZ
PRICE: $15.00    NEW

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970   NCPDP: 0619746
DATE:08/30/2011
DENNIS STRUNK
HYDROcodone-ACETAMINOPHEN
GENERIC FOR VICODIN ES 7.5-750 MG TA
NDC: 00406-0360-01    QTY: 12
RX# 4124691    TX: 0000331565
PRESCRIBER: S LINN
PRICE: $4.65    NEW

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970   NCPDP: 0619746
DATE:03/30/2012
DENNIS STRUNK
HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30
RX# 2119402    TX: 0000421230
PRESCRIBER: S RUTZ
PRICE: $8.04    NEW

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970   NCPDP: 0619746
DATE:05/01/2012
DENNIS STRUNK
GABAPENTIN 600 MG TABLET
GENERIC FOR NEURONTIN 600 MG TABLET
NDC: 68462-0126-01    QTY: 270
RX# 6351570    TX: 0000434682
PRESCRIBER: S RUTZ
PRICE: $45.00    REFILL

RX# 2116587    TX: 0000358339    DAW: 0    397 N RIDGE ROAD
HYDROmorphone 4 MG TABLET    BAILEY, CO 80421
GENERIC FOR DILAUDID 4 MG TABLET    PHONE: (303) 921-6212
NDC: 00054-0264-25    QTY: 30    DAYS: 30    PRESCRIBER:
EXPRESS SCRIPTS    AUTH # : 8779 1389 S RUTZ
    NPI: 1558545004

NO REFILLS REMAINING    RPH: CC

25637 CONIFER RD  CONIFER, CO 80433    DATE: 11/02/2011
PHONE: (303) 816-4970    STORE: 62000087    NCPDP: 0619746
DENNIS STRUNK    10/27/55

PRICE: $15.00    NEW

RX# 2116586    TX: 0000358338    DAW: 0    397 N RIDGE ROAD
MORPHINE SULF ER 30 MG TABLE    BAILEY, CO 80421
GENERIC FORMS CONTIN CR 30 MG TABLE    PHONE: (303) 921-6212
NDC: 00406-8330-01    QTY: 60    DAYS: 30    PRESCRIBER:
EXPRESS SCRIPTS    AUTH # : 87962389 S RUTZ
    NPI: 1558545004

NO REFILLS REMAINING    RPH: CC
    D.E. : KI

25637 CONIFER RD  CONIFER, CO 80433    DATE: 11/02/2011
PHONE: (303) 816-4970    STORE: 62000087    NCPDP: 0619746
DENNIS STRUNK    10/27/55

PRICE: $15.00    NEW
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

RX# 6336098    TX: 0000358340    DAW: 0    397 N RIDGE ROAD
METHOCARBAMOL 750 MG TABLET    BAILEY, CO 80421
GENERIC FOR ROBAXIN-750 TABLET    PHONE: (303) 921-6212
NDC: 00143-1292-01    QTY: 120    DAYS: 30    PRESCRIBER:
EXPRESS SCRIPTS    AUTH # : 87202894 S RUTZ
    NPI: 1558545004

3.00 REFILLS OF 120 UNTIL 11/01/2012    RPH: CC
    D.E. : KI

25637 CONIFER RD  CONIFER, CO 80433    DATE: 02/29/2012
PHONE: (303) 816-4970    STORE: 62000087    NCPDP: 0619746
DENNIS STRUNK    10/27/55

PRICE: $15.00    NEW
YOUR INSURANCE BENEFIT SAVED YOU: $5.29

RX# 2118773    TX: 0000407495    DAW: 0    397 N RIDGE ROAD
HYDROmorphone 4 MG TABLET    BAILEY, CO 80421
GENERIC FOR DILAUDID 4 MG TABLET    PHONE: (303) 921-6212
NDC: 00406-3244-01    QTY: 30    DAYS: 30    PRESCRIBER:
EXPRESS SCRIPTS    AUTH # : 09307098 S RUTZ

    RPH: ED
    D.E. : JS

PRICE: $8.05
YOUR INSURANCE BENEFIT SAVED YOU: $7.24

---

DENNIS STRUNK
HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET    QTY: 30
NDC: 00054-0264-25    TX: 0000358339
PRESCRIBER:  S RUTZ

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH.(303) 816-4970    NCPDP: 0619746
DATE: 11/02/2011
RX# 2116587    TX: 0000358339
PRESCRIBER:  S RUTZ

PRICE: $15.00    NEW

DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE    QTY: 60
NDC: 00406-8330-01    TX: 0000358338
PRESCRIBER:  S RUTZ

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH.(303) 816-4970    NCPDP: 0619746
DATE: 11/02/2011
RX# 2116586    TX: 0000358338
PRESCRIBER:  S RUTZ

PRICE: $15.00    NEW

DENNIS STRUNK
METHOCARBAMOL 750 MG TABLET
GENERIC FOR ROBAXIN-750 TABLET    QTY: 120
NDC: 00143-1292-01    TX: 0000358340
PRESCRIBER:  S RUTZ

25637 CONIFER RD
CONIFER CO 80433
PH.(303) 816-4970    NCPDP: 0619746

RX# 6336098    TX: 0000358340
PRESCRIBER:  S RUTZ

PRICE: $15.00    NEW

DENNIS STRUNK
HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET    QTY: 30
NDC: 00406-3244-01    TX: 0000407495

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH.(303) 816-4970    NCPDP: 0519746
DATE: 02/29/2012
RX# 2118773
PRESCRIBER:  S RUTZ

PRICE: $8.05    NEW



DENNIS STRUNK
9610 Res St, Hudson FL 34669
(727)864-4741
GABAPENTIN 300MG CAPSULES
QTY:120    3 REFILLS BEFORE 05/28/09
New    NDC:00093-1039-05
Retail Price: $132.43    Your Insurance Saved You: $117.49
S. PRIMACK, DO
MFG:TEVA
RX # 0988014-04400    DATE:05/28/08
PLAN: RMHMO
$15.00

DENNIS STRUNK
9610 Res St, Hudson FL 34669
(727)864-4741
GABAPENTIN 300MG CAPSULES
QTY:120    3 REFILLS BEFORE 05/28/09
New    NDC:00093-1039-05
Retail Price: $132.43    Your Insurance Saved You: $117.49
S. PRIMACK, DO
MFG:TEVA
RX # 0988014-04400    DATE:05/28/08
PLAN: RMHMO
$15.00

---

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:02/05/2012
DENNIS STRUNK
ZOLPIDEM TARTRATE 10 MG
GENERIC FOR:AMBIEN 10 MG TABLET
NDC: 00603-6469-21    QTY: 90
RX# 4126010    TX: 0000397990
PRESCRIBER: S RUTZ
PRICE: $14.98    REFILL

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:02/05/2012
DENNIS STRUNK
METHOCARBAMOL 750 MG TABLET
GENERIC FOR:ROBAXIN-750 TABLET
NDC: 00143-1292-01    QTY: 120
RX# 6336098    TX: 0000397988
PRESCRIBER: S RUTZ
PRICE: $15.00    REFILL

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:02/06/2012
DENNIS STRUNK
GABAPENTIN 600 MG TABLET
GENERIC FOR:NEURONTIN 600 MG TABLET
NDC: 68462-0126-01    QTY: 270
RX# 6351570    TX: S00715148
PRESCRIBER: S RUTZ
PRICE: $45.00    NEW

---

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK
RX# 4126010    TX: 0000397990    DAW: 0
ZOLPIDEM TARTRATE 10 MG TABLET
GENERIC FOR:AMBIEN 10 MG TABLET
NDC: 00603-6469-21    QTY: 90    DAYS: 90
EXPRESS SCRIPTS    AUTH #: 05729257
2.00 REFILLS OF 90 UNTIL 04/16/2012
PRICE: $14.98
YOUR INSURANCE BENEFIT SAVED YOU: $12.81
DATE: 02/05/2012
NCPDP: 0619746
10/27/55
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004
RPH: CC
D.E.: _ _ _
REFILL

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK
RX# 6336098    TX: 0000397988    DAW: 0
METHOCARBAMOL 750 MG TABLET
GENERIC FOR:ROBAXIN-750 TABLET
NDC: 00143-1292-01    QTY: 120    DAYS: 30
EXPRESS SCRIPTS    AUTH #: 05217257
2.00 REFILLS OF 120 UNTIL 11/01/2012
PRICE: $15.00
YOUR INSURANCE BENEFIT SAVED YOU: $5.29
DATE: 02/05/2012
NCPDP: 0619746
10/27/55
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004
RPH: CC
D.E.: _ _ _
REFILL

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK
RX# 6351570    TX: S00715148    DAW: 0
GABAPENTIN 600 MG TABLET
GENERIC FOR:NEURONTIN 600 MG TABLET
NDC: 68462-0126-01    QTY: 270    DAYS: 90
EXPRESS SCRIPTS    AUTH #: 05685427
3.00 REFILLS OF 270 UNTIL 02/05/2013
PRICE: $45.00
DATE: 02/06/2012
NCPDP: 0619746
10/27/55
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004
RPH: SM
D.E.: MQ
NEW



**DUPLICATE RECEIPT**

(303)816-4970 NCPDP# 0619746                                Store# 87

25637 CONIFER ROAD
CONIFER, CO 80433                                           NEW
                                                            (303) 921-6212

DATE: 04/27/08                                              DATE: 04/27/08

DENNIS STRUNK                          TX# 186461
RX# 6070022                    NEW     Auth: 67884019
GABAPENTIN CAP 300MG PURPAC
NDC# 00228-2666-11   QTY:120   DAW: 0
S TERRY                                Every Day Price:   -83.50

PRICE: $15.00

EXPRESS SCRIPTS GENERIC

---

**DUPLICATE RECEIPT**

(303)816-4970 NCPDP# 0619746                                Store# 87

25637 CONIFER ROAD
CONIFER, CO 80433                                           NEW
                                                            (303) 921-6212

DATE: 03/01/08                                              DATE: 03/01/08

DENNIS STRUNK                          TX# 171251
RX# 2007871                    NEW     Auth: 58659283
OXYCONTIN 10MG
NDC: 59011-0100-10   DAW: 2            CLP
S TERRY                                Every Day Price:  $126.39

PRICE: $40.00

EXPRESS SCRIPTS GENERIC

---

**DENNIS STRUNK**
9810 Rte 52, Hudson, FL 34669
(727)869-7224
RX # 0988015-04400                     DATE: 06/28/08

**ZOLPIDEM 10MG TABLETS**
QTY:30       3 REFILLS BEFORE 11/26/08
New          NDC-00093-0074-01
Retail Price: $55.98   Your Insurance Saved You: $47.03

PLAN: RMHMO
GROUP# 13031000
CLAIM REF# 72471074

S. PRIMACK, DO
MFG:QUALITEST
DEBRWC/RWC/RWC                          $ 8.96

*Walgreens*   8851 HUDSON AVE HUDSON, FL 34667
              PH: (727)869-7224

---

**DENNIS STRUNK**
9810 Rte 52, Hudson, FL 34669
(727)869-7224
RX # 0988013-04400                     DATE: 06/28/08

**METHOCARBAMOL 500MG TABLETS**
QTY:90       3 REFILLS BEFORE 06/28/09
New          NDC-00603-4485-21
Retail Price: $33.19   Your Insurance Saved You: $18.19

PLAN: RMHMO
GROUP# 13031000
DEBRWC/RWC/RWC                          CLAIM REF# 72186074

S. PRIMACK, DO
MFG:QUALITEST                           $15.00

*Walgreens*   8851 HUDSON AVE HUDSON, FL 34667
              PH: (727)869-7224

Customer Receipt

---

**Phone: (303)816-4970**      NCPDP# 0619746      Store# 87
25637 CONIFER ROAD, CONIFER, CO 80433

DENNIS STRUNK                          NEW
397 N RIDGE RD BAILEY CO 80421         (303) 921-6212

DATE: 04/27/08                         DATE: 04/27/08

DENNIS STRUNK                          TX# 186461
RX# 6070022
GABAPENTIN CAP 300MG PURPAC            K.AC
NDC: 00228-2666-11   DAW: 0
S TERRY          May Refill 2X Until 04/26/2009

PRICE: $15.00

EXPRESS SCRIPTS GENERIC

---

**Phone: (303)816-4970**      NCPDP# 0619746      Store# 87
25637 CONIFER ROAD, CONIFER, CO 80433

DENNIS STRUNK                          NEW
397 N RIDGE RD BAILEY CO 80421         (303) 921-6212

DATE: 03/01/08                         DATE: 03/01/08

DENNIS STRUNK                          TX# 171251
RX# 2007871
OXYCONTIN 10MG                         CLP
NDC: 59011-0100-10   DAW: 2            Auth: 58659283
S TERRY          No Refill             Every Day Price: $126.39

PRICE: $40.00

EXPRESS SCRIPTS GENERIC

---

**DENNIS STRUNK**
9810 Rte 52, Hudson, FL 34669
(727)869-7224
RX # 0988015-04400                     DATE: 06/28/08

**ZOLPIDEM 10MG TABLETS**
QTY:30       3 REFILLS BEFORE 11/26/08
New          NDC-00093-0074-01
Retail Price: $55.98   Your Insurance Saved You: $47.03

PLAN: RMHMO
GROUP# 13031000
CLAIM REF# 72471074

S. PRIMACK, DO
MFG:TEVA
NDD/RWC/RWC/RWC                         $ 8.96

*Walgreens*   8851 HUDSON AVE HUDSON, FL 34667
              PH: (727)869-7224

Duplicate Receipt

---

**DENNIS STRUNK**
9810 Rte 52, Hudson, FL 34669
(727)869-7224
RX # 0988013-04400                     DATE: 06/28/08

**METHOCARBAMOL 500MG TABLETS**
QTY:90       3 REFILLS BEFORE 06/28/09
New          NDC-00603-4485-21
Retail Price: $33.19   Your Insurance Saved You: $18.19

PLAN: RMHMO
GROUP# 13031000
DEBRWC/RWC/RWC                          CLAIM REF# 72186074

S. PRIMACK, DO
MFG:QUALITEST                           $15.00

*Walgreens*   8851 HUDSON AVE HUDSON, FL 34667
              PH: (727)869-7224

Duplicate Receipt

**DENNIS STRUNK**

RX# 2114664                    TX: 0000317220                    DAW: 0

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01  QTY: 30  DAYS: 30
EXPRESS SCRIPTS

                              397 N RIDGE ROAD
                              BAILEY, CO 80421
                              PHONE: (303) 921-6212
                              PRESCRIBER:
                              S PRIMACK
                              NPI: 70711273

NO REFILLS REMAINING                RPH: SM
                                    D.E. : DJ

PRICE: $8.27
YOUR INSURANCE BENEFIT SAVED YOU: $7.02

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970      STORE: 82000387

**DENNIS STRUNK**
DATE: 07/31/2011
NCPDP: 0519745

10/27/55

NEW

---

RX# 2114663                    TX: 0000317219                    DAW: 0

morphine SULF ER 15 MG TABLET
GENERIC FORMS CONTIN 15 MG TABLET
NDC: 00406-8315-01  QTY: 90  DAYS: 30
EXPRESS SCRIPTS

                              397 N RIDGE ROAD
                              BAILEY, CO 80421
                              PHONE: (303) 921-6212
                              PRESCRIBER:
                              S RUTZ
                              NPI: NEED

NO REFILLS REMAINING                RPH: OC
                                    D.E. : DJ

PRICE: $15.00
YOUR INSURANCE BENEFIT SAVED YOU: $75.89

---

**DENNIS STRUNK**
9610 Rea Rd, Hudson, FL  34669
(727)869-2741
RX # 0989501-04400              DATE: 06/03/08

OXYCODONE 5MG IMM REL CAPSULES
QTY: 60
NO REFILLS
New      NDC: 58177-0041-04
Retail Price: $19.99   Your Insurance Saved You: $ 7.86

S. PRIMACK, DO
MFG:ETHEX           PLAN: RMHMO
PMF/MDH/MDHMDC      GROUP# 13031000
                   CLAIM REF# 73974732

Walgreens                    $ 12.13

8951 HUDSON AVE HUDSON, FL  34667
PH:(727)869-7224

Customer Receipt

---

**DENNIS STRUNK**
9910 Rea St, Hudson, FL  34689
(727)869-474
RX # 0987369-04400              DATE: 05/25/08

HYDROCODONE/APAP 5MG/500MG TABS
QTY: 60
New      NDC:00591-0349-05
Retail Price: $27.99   Your Insurance Saved You: $15.14

B. OGIN, MD
MFG:WATSON          PLAN: RMHMO
DKM/DKM/ /DKM       GROUP# 13031000
                   CLAIM REF# 72678318

Walgreens                    $ 12.85

8951 HUDSON AVE HUDSON, FL  34667
PH:(727)869-7224

---

**DENNIS STRUNK**
DATE: 07/31/2011

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET         QTY: 30
NDC: 00406-3244-01
RX# 2114664      TX: 0000317220
PRESCRIBER: S PRIMACK

                                         NEW

PRICE: $8.27

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:07/31/2011

---

**DENNIS STRUNK**
DATE: 07/31/2011

morphine SULF ER 15 MG TABLET
GENERIC FORMS CONTIN 15 MG TABLET        QTY: 90
NDC: 00406-8315-01
RX# 2114663      TX: 0000317219
PRESCRIBER: S RUTZ

                                         NEW

PRICE: $15.00

---

**DENNIS STRUNK**
9610 Rea Rd, Hudson, FL  34669
(727)869-2741
RX # 0989501-04400              DATE: 06/03/08

OXYCODONE 5MG IMM REL CAPSULES
QTY: 60
NO REFILLS
New      NDC: 58177-0041-04
Retail Price: $19.99   Your Insurance Saved You: $ 7.86

S. PRIMACK, DO
MFG:ETHEX           PLAN: RMHMO
PMF/MDH/MDHMDC      GROUP# 13031000
                   CLAIM REF# 73974732

Walgreens                    $ 12.13

8951 HUDSON AVE HUDSON, FL  34667
PH:(727)869-7224

Duplicate Receipt

---

**DENNIS STRUNK**
9910 Rea St, Hudson, FL  34689
(727)869-474
RX # 0987369-04400              DATE: 05/25/08

HYDROCODONE/APAP 5MG/500MG TABS
QTY: 60        NO REFILLS - DR. AUTH REQUIRED
New      NDC:00591-0349-05
Retail Price: $27.99   Your Insurance Saved You: $15.14

B. OGIN, MD
MFG:WATSON          PLAN: RMHMO
DKM/DKM/ /DKM       GROUP# 13031000
                   CLAIM REF# 72678318

Walgreens                    $ 12.85

8951 HUDSON AVE HUDSON, FL  34667
PH:(727)869-7224

**DENNIS STRUNK**

RX# 2104241    TX: 0000097072    DAW: 0
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60    DAYS: 30
EXPRESS SCRIPTS    AUTH # : 63465439

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

---

12043 W ALAMEDA PKWY  LAKEWOOD, CO 80228
PHONE: (303) 988-8058    STORE: 62000040
**DENNIS STRUNK**

RX# 2112908    TX: 0000366331    DAW: 2    DATE: 08/30/2012
HYDROmorphone 4 MG TABLET    NCPDP: 0606751
GENERIC FOR DILAUDID 4 MG TABLE    10/27/55
NDC: 00406-3244-01    QTY: 60    DAYS: 30
SCRIPTSAVE DISCOU    AUTH # : U12243P C7F4N01

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

NO REFILLS REMAINING    RPH: YC
                        D.E. : TC

**PRICE: $28.86**
YOUR INSURANCE BENEFIT SAVED YOU: $8.63

---

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
**DENNIS STRUNK**

RX# 2110439    TX: 0000226462    DAW: 0    DATE: 12/07/2010
MORPHINE SULF ER 30 MG TABLET    NCPDP: 0619746
                        10/27/55
NDC: 00406-8330-01    QTY: 60    DAYS: 30
EXPRESS SCRIPTS    AUTH # : 26853080

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

NO REFILLS REMAINING    RPH: DJ
                        D.E. : AM

**PRICE: $15.00**

---

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970
**DENNIS STRUNK**

RX# 2110438    TX: 0000226461    DAW: 0    DATE: 12/07/2010
HYDROmorphone 4 MG TABLET    NCPDP: 0619746
GENERIC FOR DILAUDID 4 MG TABLE    10/27/55
NDC: 00406-3244-01    QTY: 30    DAYS: 30
EXPRESS SCRIPTS    AUTH # : 26104080

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

NO REFILLS REMAINING    RPH: DJ
                        D.E. : AM

**PRICE: $8.27**
YOUR INS URANCE BENEFIT SAVED YOU: $7.89

---

DATE:12/20/2009

**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABL
GENERIC FORMS CONTIN · 30 MG TAE (
NDC: 00406-8330-01    TX    J097072
RX# 2104241
PRESCRIBER:  S RUTZ

DUPLICATE RECEIPT

12043 W ALAMEDA PKWY
LAKEWOOD, CO 80228
PH:(303)988-8058    NCPDP:0606751
DATE:08/30/2012

**DENNIS STRUNK**

HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 60
RX# 2112908    TX: 0000366331
PRESCRIBER:  S RUTZ

**PRICE: $28.86**    NEW

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:12/07/2010

**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABLET

NDC: 00406-8330-01    QTY: 60
RX# 2110439    TX: 0000226462
PRESCRIBER:  S RUTZ

**PRICE: $15.00**    NEW

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:12/07/2010

**DENNIS STRUNK**

HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30
RX# 2110438    TX: 0000226461
PRESCRIBER:  S RUTZ

**PRICE: $8.27**    NEW



RX# 2118261
HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET    QTY: 30
NDC: 00406-3244-01    TX: 0000395697
RX# 2118261    TX: 0000395697
PRESCRIBER: G BRUNWORTH
EXPRESS SCRIPTS

PRICE: $8.21

DUPLICATE RECEIPT

DENNIS STRUNK
oxyCODONE-ASA 4.5-0.38-325 TAB    QTY: 20
NDC: 00591-0820-01    TX: 0000390459
RX# 2118039    TX: 0000390459
PRESCRIBER: S LINN

PRICE: $15.00    NEW

DUPLICATE RECEIPT

DENNIS STRUNK
METHOCARBAMOL 500 MG TABLET
GENERIC FOR:ROBAXIN 500 MG TABLET    QTY: 270
NDC: 00603-4485-21    TX: 0000097607
RX# 6219925    TX: 0000097607
PRESCRIBER: S RUTZ

PRICE: $45.00    REFILL

DUPLICATE RECEIPT

DENNIS STRUNK
HYDROMORPHONE 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET    QTY: 30
NDC: 00406-3244-01    TX: 0000105629
RX# 2104607    TX: 0000105629
PRESCRIBER: S RUTZ

PRICE: $11.46    NEW

---

RX# 2118261
HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET    QTY: 30    DAYS: 30
NDC: 00406-3244-01    AUTH #: 04831754    PRESCRIBER:
EXPRESS SCRIPTS    G BRUNWORTH
NPI: 1033174446

PRICE: $8.21
YOUR INSURANCE BENEFIT SAVED YOU: $7.08

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK

RPH: PS
D.E. : JS

RX# 2118039    TX: 0000390459
oxyCODONE-ASA 4.5-0.38-325 TAB    DAW: 0
NDC: 00591-0820-01    QTY: 20    DAYS: 3
EXPRESS SCRIPTS    AUTH #: 02149923    PRESCRIBER:
S LINN
NPI: 1083861151

NO REFILLS REMAINING

DATE: 01/18/2012
NCPDP: 0619746    NEW
10/27/55

PRICE: $15.00
YOUR INSURANCE BENEFIT SAVED YOU: $15.29

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK

RPH: DJ
D.E. : KS

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:

RX# 6219925    TX: 0000097607
METHOCARBAMOL 500 MG TABLET    DAW: 0
GENERIC FOR:ROBAXIN 500 MG TABLET
NDC: 00603-4485-21    QTY: 270    DAYS: 90
EXPRESS SCRIPTS    AUTH #: 64410833    PRESCRIBER:
S RUTZ
NPI: 1558545004

NO REFILLS REMAINING

DATE: 12/22/2009
NCPDP: 0619746    REFILL
10/27/55

PRICE: $45.00
YOUR INSURANCE BENEFIT SAVED YOU: $47.49

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK

RPH: DJ
D.E. : DJ

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

RX# 2104607    TX: 0000105629
HYDROMORPHONE 4 MG TABLET    DAW: 0
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30    DAYS: 30
EXPRESS SCRIPTS    AUTH #: 67743778    PRESCRIBER:
S RUTZ
NPI: NEED

DATE: 01/13/2010
NCPDP: 0619746    NEW
10/27/55

NO REFILLS REMAINING

PRICE: $11.46
YOUR INSURANCE BENEFIT SAVED YOU: $3.83

RPH: MH
D.E. : SL

DENNIS STRUNK

RX# 6287528          TX: 0000293241          DAW: 0
GABAPENTIN 600 MG TABLET
GENERIC FOR-NEURONTIN 600 MG TABLET
NDC: 68462-0126-01   QTY: 270   DAYS: 90
EXPRESS SCRIPTS          AUTH #: 56624309
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER: S RUTZ
NPI: 1558845004

1.00 REFILL OF 270 UNTIL 12/14/2011

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
DENNIS STRUNK
RPH: SM
D.E.: - - -

PRICE: $10.34
YOUR INSURANCE BENEFIT SAVED YOU: $17.45

RX# 4119872          TX: 0000293243          DAW: 0
ZOLPIDEM TARTRATE 10 MG TABLET
GENERIC FOR-AMBIEN 10 MG TABLET
NDC: 00603-6469-21   QTY: 90   DAYS: 90
SCRIPTSAVE DISCOU    AUTH #: U1145RCFD4K00
DATE: 05/25/2011
NCPDP: 0619746
10/27/55
REFILL
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558845004

1.00 REFILL OF 90 UNTIL 09/13/2011

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
DENNIS STRUNK
RPH: DL
D.E.: AM

PRICE: $10.34

RX# 4126010          TX: 0000350868          DAW: 0
ZOLPIDEM TARTRATE 10 MG TABLET
GENERIC FOR-AMBIEN 10 MG TABLET
NDC: 00603-6469-21   QTY: 90   DAYS: 90
EXPRESS SCRIPTS       AUTH #: 84617607
DATE: 10/17/2011
NCPDP: 0619746
10/27/55
NEW
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558845004

3.00 REFILLS OF 90 UNTIL 04/16/2012

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970
DENNIS STRUNK
RPH: SM
D.E.: LT

PRICE: $27.79

RX# 6287529          TX: 0000350870          DAW: 0
METHOCARBAMOL 500 MG TABLET
GENERIC FOR-ROBAXIN 500 MG TABLET
NDC: 31722-0533-01   QTY: 270   DAYS: 90
EXPRESS SCRIPTS       AUTH #: 84373564
DATE: 10/16/2011
NCPDP: 0619746
10/27/55
REFILL
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558845004

NO REFILLS REMAINING

PRICE: $45.00

---

PH:(303)816-4970   NCPDP:0619746
DATE:05/25/2011
DENNIS STRUNK
GABAPENTIN 600 MG TABLET
GENERIC FOR-NEURONTIN 600 MG TABLET
NDC: 68462-0126-01   QTY: 270
RX# 6287528   TX: 0000293241
PRESCRIBER: S RUTZ
DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:05/25/2011
DENNIS STRUNK
ZOLPIDEM TARTRATE 10 MG
GENERIC FOR-AMBIEN 10 MG TABLET   QTY: 90
NDC: 00603-6469-21
RX# 4119872   TX: 0000293243
PRESCRIBER: S RUTZ
REFILL

PRICE: $10.34

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:10/17/2011
DENNIS STRUNK
ZOLPIDEM TARTRATE 10 MG
GENERIC FOR-AMBIEN 10 MG TABLET   QTY: 90
NDC: 00603-6469-21
RX# 4126010   TX: 0000350868
PRESCRIBER: S RUTZ
DUPLICATE RECEIPT

PRICE: $27.79

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:10/16/2011
DENNIS STRUNK
METHOCARBAMOL 500 MG TABLET
GENERIC FOR-ROBAXIN 500 MG TABLET   QTY: 270
NDC: 31722-0533-01   TX: 0000350870
RX# 6287529
PRESCRIBER: S RUTZ
NEW

DUPLICATE RECEIPT

PRICE: $45.00

## DUPLICATE RECEIPT

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087

**DENNIS STRUNK**

RX# 2114291    TX: 0000308780    DAW: 0

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00054-0264-25    QTY: 30    DAYS: 30

EXPRESS SCRIPTS    AUTH # : 66636378

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212

PRESCRIBER:
G BRUNWORTH
NPI: 1033174446

NO REFILLS REMAINING

RPH: SM
D.E.: MK

**PRICE: $8.27**
YOUR INSURANCE BENEFIT SAVED YOU: $16.92

---

## DUPLICATE RECEIPT

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087

**DENNIS STRUNK**

RX# 2114292    TX: 0000308781    DAW: 0

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60    DAYS: 30

EXPRESS SCRIPTS    AUTH # : 66958737

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212

PRESCRIBER:
G BRUNWORTH
NPI: 1033174446

NO REFILLS REMAINING

RPH: SM
D.E.: SM

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

---

## DUPLICATE RECEIPT

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087

**DENNIS STRUNK**

RX# 6287629    TX: 0000293242    DAW: 0

METHOCARBAMOL 500 MG TABLET
GENERIC FOR:ROBAXIN 500 MG TABLET
NDC: 00603-4485-21    QTY: 270    DAYS: 90

EXPRESS SCRIPTS    AUTH # : 58437309

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212

PRESCRIBER: S RUTZ
NPI: 1558545004

1.00 REFILL OF 270 UNTIL 12/14/2011

RPH: SM
D.E.: _ _ _

**PRICE: $45.00**
YOUR INSURANCE BENEFIT SAVED YOU: $47.49

---

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:07/03/2011

**DENNIS STRUNK**

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00054-0264-25    QTY: 30

RX# 2114291    TX: 0000308780
PRESCRIBER:  G BRUNWORTH

**NEW**

**PRICE: $8.27**

---

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:07/03/2011

**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60

RX# 2114292    TX: 0000308781
PRESCRIBER:  G BRUNWORTH

**NEW**

**PRICE: $15.00**

---

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:05/25/2011

**DENNIS STRUNK**

METHOCARBAMOL 500 MG TABLET
GENERIC FOR:ROBAXIN 500 MG TABLET
NDC: 00603-4485-21    QTY: 270

RX# 6287629    TX: 0000293242
PRESCRIBER:  S RUTZ

**REFILL**

**PRICE: $45.00**

---

25637 CONIFER RD  CONIFER, CO 80433    TX: 0000332462
PHONE: (303) 816-4970

**DENNIS STRUNK**

RX# 2115409

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30

EXPRESS SCRIPTS    AUTH # : 76000207

PRESCRIBER: S RUTZ
NPI: NEED

NO REFILLS REMAINING

---

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:07/03/2011

**DENNIS STRUNK**

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30    DAYS: 30

EXPRESS SCRIPTS

RX# 2115409    TX: 0000332462    DAW: 0

DATE: 07/03/2011    NCPDP: 0619746
10/27/55

**NEW**

KING SOOPERS
25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087

**DENNIS STRUNK**

DATE: 09/01/2011

NCPDP: 0619746
10/27/55

NEW

RX# 2115408
morphine SULF ER 15 MG TABLET
GENERIC FORMS CONTIN 15 MG TABLET
NDC: 00406-8315-01   QTY: 90   DAYS: 30

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

AUTH #: 76789620

RPH: VU
D.E.: KS

EXPRESS SCRIPTS

PRESCRIBER: S RUTZ   TX: 0000332451

NO REFILLS REMAINING

PRICE: $15.00

YOUR INSURANCE BENEFIT SAVED YOU: $75.89

---

KING SOOPERS
25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087

**DENNIS STRUNK**

DATE: 09/29/2011

NCPDP: 0619746
10/27/55

NEW

RX# 2115942
morphine SULF ER 15 MG TABLET

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

NDC: 00406-8315-01   QTY: 90   DAYS: 30

AUTH #: 8126644

EXPRESS SCRIPTS

RPH: CC
D.E.: KI

PRESCRIBER: S RUTZ   TX: 0000343825

NO REFILLS REMAINING

PRICE: $15.00

YOUR INSURANCE BENEFIT SAVED YOU: $75.89

---

KING SOOPERS
25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087

**DENNIS STRUNK**

DATE: 09/29/2011

NCPDP: 0619746
10/27/55

NEW

RX# 2115943
HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30   DAYS: 30

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

DAW: 0

AUTH #: 81790447

RPH: CC
D.E.: KI

EXPRESS SCRIPTS

PRESCRIBER: S RUTZ   TX: 0000343826

NO REFILLS REMAINING

PRICE: $8.27

YOUR INSURANCE BENEFIT SAVED YOU: $7.02

---

KING SOOPERS
25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970

**DENNIS STRUNK**

DATE:

NCPDP: 0619746

NEW

RX# 2104694
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 30

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

DAW: 0

AUTH #: 688988970

RPH:
D.E.: KI

EXPRESS SCRIPTS

PRESCRIBER: S RUTZ   TX: 0000107750

NO REFILLS REMAINING

PRICE: $8.27

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:09/01/2011

DENNIS STRUNK
morphine SULF ER 15 MG TABLET
GENERIC FORMS CONTIN 15 MG TABLET
NDC: 00406-8315-01   QTY: 90
RX# 2115408
PRESCRIBER: S RUTZ   TX: 0000332451

PRICE: $15.00   NEW

---

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:09/29/2011

DENNIS STRUNK
morphine SULF ER 15 MG TABLET

NDC: 00406-8315-01   QTY: 90
RX# 2115942
PRESCRIBER: S RUTZ   TX: 0000343825

PRICE: $15.00   NEW

---

DENNIS STRUNK

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:09/29/2011

DENNIS STRUNK
HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30
RX# 2115943
PRESCRIBER: S RUTZ   TX: 0000343826

PRICE: $8.27   NEW

---

DENNIS STRUNK

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746

DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60
RX# 2104694
PRESCRIBER: S RUTZ   TX: 0000107750

NEW



I3038I6-4970 NCPDP# 0619746

25637 CONFER ROAD CONIFER, CO 80433

DENNIS STRUNK
25637 CONIFER RD
CONIFER, CO 80433
DATE: 01/03/08    RX# 2007184    NEW
DENNIS STRUNK    TX#: 155551
OXYCODONE HCL ER 10MG TEVA
NDC#: 00093-0024-01    DAW: 0
S. TERRY    NO Refill
EXPRESS SCRIPTS GENERIC

PRICE: $15.00

25637 CONIFER RD    CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK

NCPDP: 0619746
10/27/55    NEW

RX# 2105089    TX: 0000116642
HYDROMORPHONE 4 MG TABLET
GENERIC FOR/DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30    DAYS: 30
EXPRESS SCRIPTS    AUTH # : 7329/7694

NO REFILLS REMAINING

PRICE: $11.44
YOUR INSURANCE BENEFIT SAVED YOU: $3.85

RX# 2105576    TX: 0000127024
HYDROMORPHONE 4 MG TABLET
GENERIC FOR/DILAUDID 4 MG TABLET
NDC: 00054-0264-25    QTY: 30    DAYS: 30
EXPRESS SCRIPTS    AUTH # : 78039094

NO REFILLS REMAINING

PRICE: $11.44
YOUR INSURANCE BENEFIT SAVED YOU: $13.75

25637 CONIFER RD    CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DENNIS STRUNK

NCPDP: 0619746
10/27/55    NEW

RX# 2105190    TX: 0000118876
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60    DAYS: 30
EXPRESS SCRIPTS    AUTH # : 7416408

NO RI   ... 'MAINING

---

25637 CONFER ROAD CONIFER, CO 80433

DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
DATE: 01/03/08    NEW
(303) 921-6212
Auth: 49504248
DENNIS STRUNK
RX# 2007184
OXYCODONE HCL ER 10MG TEVA    LBH
NDC#: 00093-0024-01    DAW: 0
S. TERRY
EXPRESS SCRIPTS GENERIC    Every Day Price: $99.19

PRICE: $15.00    DUPLICATE RECEIPT

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S. RUTZ
NPI: 15585/45004

DATE: 02/12/2010    DUPLICATE RECEIPT

DENNIS STRUNK
HYDROMORPHONE 4 MG TABLET
GENERIC FOR/DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30
PRESCRIBER: S RUTZ    TX: 0000116642
RX# 2105089    NCPDP: 0619746
DATE: 02/12/2010    NEW

RPH: DJ
D.E.: KS

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S. RUTZ
NPI: NEED

DATE: 03/12/2010    DUPLICATE RECEIPT

DENNIS STRUNK
HYDROMORPHONE 4 MG TABLET
GENERIC FOR/DILAUDID 4 MG TABLET
NDC: 00054-0264-25    QTY: 30
PRESCRIBER: S RUTZ    TX: 0000127024
RX# 2105576    NCPDP: 0619746
DATE: 03/12/2010    NEW

RPH: DJ
D.E.: KS

PRICE: $11.44

DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60
PRESCRIBER: S RUTZ    TX: 0000118876
RX# 2105190    NCPDP: 0619746
DATE: 02/18/2010

DATE: 02/18/2010    DUPLICATE RECEIPT

DENNIS STRUNK
25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:02/12/2010

PRICE: $11.44    NEW

DENNIS STRUNK
HYDROMORPHONE 4 MG TABLET
GENERIC FOR/DILAUDID 4 MG TABLET
NDC: 00054-0264-25    QTY: 30
PRESCRIBER: S RUTZ    TX: 0000116642
RX# 2105089    NCPDP:0619746

DENNIS STRUNK
25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:03/12/2010

PRICE: $11.44    NEW

DENNIS STRUNK
HYDROMORPHONE 4 MG TABLET
GENERIC FOR/DILAUDID 4 MG TABLET
NDC: 00054-0264-25    QTY: 30
PRESCRIBER: S RUTZ    TX: 0000127024
RX# 2105576    NCPDP:0619746
DATE:03/12/2010

NEW

DENNIS STRUNK
25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:02/18/2010

DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60
PRESCRIBER: S RUTZ    TX: 0000118876
RX# 2105190    NCPDP:0619746

PRICE: $15.00    NEW

25637 CONIFER RD   CONIFER, CO 80433
#E: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

TX: 0000116644         DAW: 0         NCPDP: 0619746
                                       DATE: 02/14/2010
                                                    **NEW**

GABAPENTIN 600 MG TABLET
GENERIC FOR NEURONTIN 600 MG TABLET
NDC: 00228-2636-11   QTY: 270   DAYS: 90
                          AUTH #: 73671436

EXPRESS SCRIPTS

                                       397 N RIDGE ROAD
                                       BAILEY, CO 80421
                                       PHONE: (303) 921-6212
                                       PRESCRIBER:
                                       S RUTZ
                                       NPI: NEED

                                       RPH: DJ
                                       D.E.: DJ

1.00 REFILL OF 270 UNTIL 02/07/2011

**PRICE: $45.00**

YOUR INSURANCE BENEFIT SAVED YOU: $414.19

---

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

RX# 6242548

TX: 0000112054         DAW: 0         NCPDP: 0619746
                                       DATE: 01/30/2010
                                                    **NEW**

ACYCLOVIR 800 MG TABLET

NDC: 00093-8947-01   QTY: 50   DAYS: 10
                          AUTH #: 70695979

EXPRESS SCRIPTS

                                       397 N RIDGE ROAD
                                       BAILEY, CO 80421
                                       PHONE: (303) 921-6212
                                       PRESCRIBER:
                                       A WEBER
                                       NPI: 1003810482

                                       RPH: MH
                                       D.E.: KC

NO REFILLS REMAINING

**PRICE: $15.00**

YOUR INSURANCE BENEFIT SAVED YOU: $17.39

---

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

RX# 4022404

TX: 0000034852         DAW: 0         NCPDP: 0619746
                                       DATE: 06/23/2009
                                                    **REFILL**

ZOLPIDEM TARTRATE 10 MG TABLET
GENERIC FOR AMBIEN 10 MG TABLET
NDC: 55111-0479-01   QTY: 90   DAYS: 90
                          AUTH #: 34838466

EXPRESS SCRIPTS

                                       397 N RIDGE ROAD
                                       BAILEY, CO 80421
                                       PHONE: (303) 921-6212
                                       PRESCRIBER:
                                       S TERRY
                                       NPI: 1558545004

                                       RPH: DJ
                                       D.E.: ---

NO REFILLS REMAINING

**PRICE: $22.12**

YOUR INSURANCE BENEFIT SAVED YOU: $103.67

---

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

RX# 2101422

TX: 0000033865         DAW: 0         NCPDP: 0619746
                                       DATE: 06/19/2009
                                                    **NEW**

HYDROMORPHONE 2 MG TABLET
GENERIC FOR DILAUDID 2 MG TABLET
NDC: 00406-3243-01   QTY: 60   DAYS: 30

                                       397 N RIDGE ROAD
                                       BAILEY, CO 80421
                                       PHONE: (303) 921-6212
                                       PRESCRIBER:
                                       S TERRY

---

25637 CONIFER RD
CONIFER, CO 80433
PH: (303) 816-4970
DATE: 02/14/2010   NCPDP: 0619746
**DENNIS STRUNK**

GABAPENTIN 600 MG TABLET
GENERIC FOR NEURONTIN 600 MG TABLET
NDC: 00228-2636-11            QTY: 270
PRESCRIBER: S RUTZ
RX# 6244398         TX: 0000116644

**PRICE: $45.00**         **NEW**

DUPLICATE RECEIPT

---

25637 CONIFER RD
CONIFER, CO 80433
PH: (303) 816-4970
DATE: 01/30/2010
**DENNIS STRUNK**

ACYCLOVIR 800 MG TABLET

NDC: 00093-8947-01            QTY: 50
PRESCRIBER: A WEBER
RX# 6242548         TX: 0000112054

**PRICE: $15.00**         **NEW**

DUPLICATE RECEIPT

---

25637 CONIFER RD
CONIFER, CO 80433
PH: (303) 816-4970
DATE: 06/23/2009
**DENNIS STRUNK**

ZOLPIDEM TARTRATE 10 MG
GENERIC FOR AMBIEN 10 MG TABLET
NDC: 55111-0479-01            QTY: 90
PRESCRIBER: S TERRY
RX# 4022404         TX: 0000034852

**PRICE: $22.12**         **REFILL**

DUPLICATE RECEIPT

---

25637 CONIFER RD
CONIFER, CO 80433
PH: (303) 816-4970
DATE: 06/19/2009   NCPDP: 0619746
**DENNIS STRUNK**

HYDROMORPHONE 2 MG TABLET
GENERIC FOR DILAUDID 2 MG TABLET
NDC: 00406-3243-01            QTY: 60

REFILL

## Left column receipts

**STRUNK**  TX: 0000108970  STORE: 62000087  DATE: 01/21/2010  NCPDP: 0619746  10/27/55  REFILL

RX# 4104081
ZOLPIDEM TARTRATE 10 MG TABLET
GENERIC FOR-AMBIEN 10 MG TABLET
NDC: 55111-0479-01   QTY: 90   DAYS: 90   DAW: 0
EXPRESS SCRIPTS   AUTH #: 69904424

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970
DENNIS STRUNK
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER: S RUTZ
NPI: 1558545004
RPH: DJ
D.E. : - - -
NO REFILLS REMAINING
PRICE: $45.00
YOUR INSURANCE BENEFIT SAVED YOU: $80.79

---

RX# 2103260   TX: 0000075492   DATE: 10/19/2009   NCPDP: 0619746   10/27/55   NEW
HYDROMORPHONE 4 MG TABLET
GENERIC FOR-DILAUDID 4 MG TABLET
NDC: 00054-0264-25   QTY: 30   DAYS: 30   DAW: 0
EXPRESS SCRIPTS   AUTH #: 5324013 6

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
DENNIS STRUNK
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER: S TERRY
NPI: 1558545004
RPH: CC
D.E.: CC
NO REFILLS REMAINING
PRICE: $8.27
YOUR INSURANCE BENEFIT SAVED YOU: $16.92

---

RX# 2103835   TX: 0000088259   DATE: 11/25/2009   NCPDP: 0619746   10/2?/55   NEW
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 30   DAW: 0
EXPRESS SCRIPTS   AUTH #: 5950518 8

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
DENNIS STRUNK
397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER: S RUTZ   NPI: NEED
RPH: DJ
D.E.: DJ
NO REFILLS REMAINING
PRICE: $15.00
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

---

RX# 2103357   TX: 0000077457   DAW: 0
DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 60
EXPRESS SCRIPTS   AUTH #: 5429475 5

## Right column receipts

25637 CONIFER RD
CONIFER CO 80433
PH (303) 816-4970   NCPDP: 0619746
DATE: 01/21/2010
DENNIS STRUNK
ZOLPIDEM TARTRATE 10 MG
GENERIC FOR-AMBIEN 10 MG TABLET
NDC: 55111-0479-01   QTY: 90
RX# 4104081   TX: 0000108970
PRESCRIBER: S RUTZ
REFILL
PRICE: $45.00

---

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH (303) 816-4970   NCPDP: 0619746
DATE: 10/19/2009
DENNIS STRUNK
HYDROMORPHONE 4 MG TABLET
GENERIC FOR-DILAUDID 4 MG TABLET
NDC: 00054-0264-25   QTY: 30
RX# 2103260   TX: 0000075492
PRESCRIBER: S TERRY
NEW
PRICE: $8.27

---

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH (303) 816-4970   NCPDP: 0619746
DATE: 11/25/2009
DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60
RX# 2103835   TX: 0000088259
PRESCRIBER: S RUTZ
NEW
PRICE: $15.00

---

PH (303) 816-4970   NCPDP: 0619746
DATE: 10/24/2009
DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR-MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60
RX# 2103357   TX: 0000077457
PRESCRIBER: S TERRY
NEW



25637 CONIFER RD CONIFER, CO 80433
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
DATE: 09/20/2010
**DENNIS STRUNK** 10/27/55 **REFILL**

**ꓘX# 6259937** TX: 0000195606 DAW: 0
ꞬABAPENTIN 600 MG TABLET
ꞬENERIC FOR:NEURONTIN 600 MG TABLET
ꞮDC: 00228-2636-11 QTY: 270 DAYS: 90
ꓫXPRESS SCRIPTS AUTH # : 12415973

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

O REFILLS REMAINING

**'RICE: $45.00**
OUR INSURANCE BENEFIT SAVED YOU: $414.19

RPH: MH
D.E. : CC

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970 NCPDP:0619746
DATE:09/20/2010
**DENNIS STRUNK**
GABAPENTIN 600 MG TABLET
GENERIC FOR:NEURONTIN 600 MG TABLET
NDC: 00228-2636-11 QTY: 270
**RX# 6259937** TX: 0000195606
PRESCRIBER: **S RUTZ**
**PRICE: $45.00** REFILL

---

25637 CONIFER RD CONIFER, CO 80433
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
DATE: 01/07/2011
**DENNIS STRUNK** 10/27/55 **NEW**

**RX# 2110990** TX: 0000238480 DAW: 0
HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01 QTY: 30 DAYS: 30
EXPRESS SCRIPTS AUTH # : 32356643

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

NO REFILLS REMAINING

**PRICE: $8.27**
YOUR INSURANCE BENEFIT SAVED YOU: $7.02

RPH: SM
D.E. : LT

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970 NCPDP:0619746
DATE:01/07/2011
**DENNIS STRUNK**
HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01 QTY: 30
**RX# 2110990** TX: 0000238480
PRESCRIBER: **S RUTZ**
**PRICE: $8.27** NEW

---

25637 CONIFER RD CONIFER, CO 80433
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
DATE: 09/20/2010
**DENNIS STRUNK** 10/27/55 **REFILL**

**RX# 4112720** TX: 0000195608 DAW: 0
ZOLPIDEM TARTRATE 10 MG TABLET
GENERIC FOR:AMBIEN 10 MG TABLET
NDC: 00603-6469-21 QTY: 90 DAYS: 90
SCRIPTSAVE DISCOU AUTH # : U10263JBC14800

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

1.00 REFILL OF 90 UNTIL 01/01/2011

**PRICE: $10.34**
YOUR INSURANCE BENEFIT SAVED YOU: $115.85

RPH: MH
D.E. : CC

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970 NCPDP:0619746
DATE:09/20/2010
**DENNIS STRUNK**
ZOLPIDEM TARTRATE 10 MG
GENERIC FOR:AMBIEN 10 MG TABLET
NDC: 00603-6469-21 QTY: 90
**RX# 4112720** TX: 0000195608
PRESCRIBER: **S RUTZ**
**PRICE: $10.34** REFILL

---

25637 CONIFER RD CONIFER, CO 80433
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
DATE: 09/20/2010
**DENNIS STRUNK** 10/27/55 **REFILL**

**RX# 6259939** TX: 0000195607 DAW: 0
METHOCARBAMOL 500 MG TABLET
GENERIC FOR:ROBAXIN 500 MG TABLET
NDC: 00603-4485-21 QTY: 270 DAYS: 90
EXPRESS SCRIPTS AUTH # : 12508973

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

NO REFILLS REMAINING

**PRICE: $45.00**
YOUR INSURANCE BENEFIT SAVED YOU: $47.49

RPH: MH
D.E. : CC

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970 NCPDP:0619746
DATE:09/20/2010
**DENNIS STRUNK**
METHOCARBAMOL 500 MG TABLET
GENERIC FOR:ROBAXIN 500 MG TABLET
NDC: 00603-4485-21 QTY: 270
**RX# 6259939** TX: 0000195607
PRESCRIBER: **S RUTZ**
**PRICE: $45.00** REFILL

**25637 CONIFER RD** CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087   NCPDP: 0619746   DATE: 11/07/2010
**DENNIS STRUNK**                                    10/27/55   NEW

RX# 2109877        TX: 0000214516        DAW: 0

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30   DAYS: 30
EXPRESS SCRIPTS                    AUTH # : 21233273

NO REFILLS REMAINING

PRICE: $8.27
YOUR INSURANCE BENEFIT SAVED YOU: $7.02

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

RPH: CC
D.E.: LH

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:11/07/2010

**DENNIS STRUNK**
HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01                QTY: 30
RX# 2109877        TX: 0000214516
PRESCRIBER:  S RUTZ

PRICE: $8.27                              NEW

---

**25637 CONIFER RD** CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087   NCPDP: 0619746   DATE: 07/02/2010
**DENNIS STRUNK**                                    10/27/55   NEW

RX# 4112720        TX: 0000164560        DAW: 0

ZOLPIDEM TARTRATE 10 MG TABLET
GENERIC FOR:AMBIEN 10 MG TABLET
NDC: 55111-0479-01   QTY: 90   DAYS: 90
SCRIPTSAVE DISCOU      AUTH # : U10191P7624E00

2.00 REFILLS OF 90 UNTIL 01/01/2011

PRICE: $10.34
YOUR INSURANCE BENEFIT SAVED YOU: $115.45

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

RPH: CC
D.E.: KS

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:07/02/2010

**DENNIS STRUNK**
ZOLPIDEM TARTRATE 10 MG
GENERIC FOR:AMBIEN 10 MG TABLET
NDC: 55111-0479-01                QTY: 90
RX# 4112720        TX: 0000164560
PRESCRIBER:  S RUTZ

PRICE: $10.34                             NEW

---

**25637 CONIFER RD** CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087   NCPDP: 0619746   DATE: 07/10/2010
**DENNIS STRUNK**                                    10/27/55   NEW

RX# 2107634        TX: 0000169628        DAW: 0

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS                    AUTH # : 99317683

NO REFILLS REMAINING

PRICE: $15.00
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

RPH: MH
D.E.: DJ

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:07/10/2010

**DENNIS STRUNK**
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01                QTY: 60
RX# 2107634        TX: 0000169628
PRESCRIBER:  S RUTZ

PRICE: $15.00                             NEW

**KING Soopers** 25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
**DENNIS STRUNK**

DATE: 06/04/2010
NCPDP: 0619746
10/27/55    NEW

RX# 6259937    TX: 0000157175    DAW: 0
GABAPENTIN 600 MG TABLET
GENERIC FOR:NEURONTIN 600 MG TABLET
NDC: 00228-2636-11   QTY: 270   DAYS: 90
EXPRESS SCRIPTS    AUTH # : 93646665

1.00 REFILL OF 270 UNTIL 06/01/2011

PRICE: $45.00
YOUR INSURANCE BENEFIT SAVED YOU: $414.19

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

RPH: UU
D.E. : LT

---

DUPLICATE RECEIPT

**KING Soopers**
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:06/04/2010

**DENNIS STRUNK**

GABAPENTIN 600 MG TABLET
GENERIC FOR:NEURONTIN 600 MG TABLET
NDC: 00228-2636-11    QTY: 270
RX# 6259937    TX: 0000157175
PRESCRIBER: S RUTZ

PRICE: $45.00    NEW

---

**KING Soopers** 25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
**DENNIS STRUNK**

DATE: 05/11/2010
NCPDP: 0619746
10/27/55    NEW

RX# 2106590    TX: 0000148065    DAW: 0
HYDROMORPHONE 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30   DAYS: 30
EXPRESS SCRIPTS    AUTH # : 89829322

NO REFILLS REMAINING

PRICE: $10.99
YOUR INSURANCE BENEFIT SAVED YOU: $4.30

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

RPH: DJ
D.E. : DJ

---

DUPLICATE RECEIPT

**KING Soopers**
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:05/11/2010

**DENNIS STRUNK**

HYDROMORPHONE 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30
RX# 2106590    TX: 0000148065
PRESCRIBER:  S RUTZ

PRICE: $10.99    NEW

---

**KING Soopers** 25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
**DENNIS STRUNK**

DATE: 06/04/2010
NCPDP: 0619746
10/27/55    NEW

RX# 6259939    TX: 0000157176    DAW: 0
METHOCARBAMOL 500 MG TABLET
GENERIC FOR:ROBAXIN 500 MG TABLET
NDC: 00603-4485-21   QTY: 270   DAYS: 90
EXPRESS SCRIPTS    AUTH # : 93699665

1.00 REFILL OF 270 UNTIL 06/01/2011

PRICE: $45.00
YOUR INSURANCE BENEFIT SAVED YOU: $47.49

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

RPH: UU
D.E. : LT

---

DUPLICATE RECEIPT

**KING Soopers**
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:06/04/2010

**DENNIS STRUNK**

METHOCARBAMOL 500 MG TABLET
GENERIC FOR:ROBAXIN 500 MG TABLET
NDC: 00603-4485-21    QTY: 270
RX# 6259939    TX: 000015 176
PRESCRIBER:  S RUTZ

PRICE: $45.00    NEW

---

**KING Soopers** 25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
**DENNIS STRUNK**

DATE: 11/07/2010
NCPDP: 0619746
10/27/55    NEW

RX# 2109876    TX: 0000214515    DAW: 0
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLET
NDC: 00406-8330-01   QTY: 60
EXPRESS SCRIPTS    AUTH # : 21582227

NO REFILLS REMAINING

PRICE: $15.00
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

RPH: CC
D.E. : LH

---

DUPLICATE RECEIPT

**KING Soopers**
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:11/07/2010

**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLET
NDC: 00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS

RX# 2109876    TX: 0000214515
PRESCRIBER: S RUTZ

PRICE: $15.00    NEW

**KING** 25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087    NCPDP: 0619746
**DENNIS STRUNK**
DATE: 03/14/2011
10/27/55    **REFILL**

RX# 6287529    TX: 0000264326    DAW: 0
METHOCARBAMOL 500 MG TABLET
GENERIC FOR: ROBAXIN 500 MG TABLET
NDC: 00603-4485-21   QTY: 270   DAYS: 90
EXPRESS SCRIPTS    AUTH # : 44201316

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

RPH: CC
D.E. : _ _ _

.00 REFILLS OF 270 UNTIL 12/14/2011

**PRICE: $45.00**
YOUR INSURANCE BENEFIT SAVED YOU: $47.49

DUPLICATE RECEIPT
**KING** 25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:03/14/2011
**DENNIS STRUNK**
METHOCARBAMOL 500 MG TABLET
GENERIC FOR: ROBAXIN 500 MG TABLET
NDC: 00603-4485-21    QTY: 270
RX# 6287529    TX: 0000264326
PRESCRIBER:  S RUTZ
**PRICE: $45.00**    REFILL

---

**KING** 25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087    NCPDP: 0619746
**DENNIS STRUNK**
DATE: 03/14/2011
10/27/55    **REFILL**

RX# 6287528    TX: 0000264327    DAW: 0
GABAPENTIN 600 MG TABLET
GENERIC FOR: NEURONTIN 600 MG TABLET
NDC: 00228-2636-11   QTY: 270   DAYS: 90
EXPRESS SCRIPTS    AUTH # : 44292316

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

RPH: CC
D.E. : _ _ _

2.00 REFILLS OF 270 UNTIL 12/14/2011

**PRICE: $45.00**
YOUR INSURANCE BENEFIT SAVED YOU: $414.19

DUPLICATE RECEIPT
**KING** 25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:03/14/2011
**DENNIS STRUNK**
GABAPENTIN 600 MG TABLET
GENERIC FOR: NEURONTIN 600 MG TABLET
NDC: 00228-2636-11    QTY: 270
RX# 6287528    TX: 0000264327
PRESCRIBER:  S RUTZ
**PRICE: $45.00**    REFILL

---

**KING** 25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087    NCPDP: 0619746
**DENNIS STRUNK**
DATE: 02/04/2011
10/27/55    **NEW**

RX# 2111495    TX: 0000249508    DAW: 0
HYDROmorphone 4 MG TABLET
GENERIC FOR: DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30   DAYS: 30
EXPRESS SCRIPTS    AUTH # : 37005576

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: NEED

RPH: SM
D.E. : AM

NO REFILLS REMAINING

**PRICE: $8.27**
YOUR INSURANCE BENEFIT SAVED YOU: $7.02

DUPLICATE RECEIPT

**KING** 25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:02/04/2011
**DENNIS STRUNK**
HYDROmorphone 4 MG TABLET
GENERIC FOR: DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30
RX# 2111495    TX: 0000249508
PRESCRIBER:  S RUTZ
**PRICE: $8.27**    NEW

---

**KING** 25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087    NCPDP: 0619746
**DENNIS STRUNK**
DATE: 02/04/2011
10/27/55    **NEW**

2111494    TX: 0000249507    DAW: 0
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR: MS CONTIN CR 30 MG TABLE
00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS    AUTH # : 37088557

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: NEED

RPH: SM
D.E. : AM

REFILLS REMAINING

CE: $15.00
YOUR INSURANCE BENEFIT SAVED YOU: $25.00

DUPLICATE RECEIPT
**KING** 25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:02/04/2011
**DENNIS STRUNK**
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR: MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60
RX# 2111494    TX: 0000249507
PRESCRIBER:  S RUTZ
**PRICE: $15.00**    NEW

**25637 CONIFER RD**  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DATE: 01/07/2011
NCPDP: 0619746

**DENNIS STRUNK**    10/27/55    NEW

RX# 2110991    TX: 0000238481    DAW: 0

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS    AUTH # : 32816643

NO REFILLS REMAINING

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

RPH: SM
D.E. : LT

DUPLICATE RECEIPT

**25637 CONIFER RD**
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:01/07/2011

**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60
RX# 2110991    TX: 0000238481
PRESCRIBER: S RUTZ

**PRICE: $15.00**    NEW

---

**25637 CONIFER RD**  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DATE: 04/04/2011
NCPDP: 0619746

**DENNIS STRUNK**    10/27/55    NEW

RX# 2112592    TX: 0000272797    DAW: 0

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: NEED

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30   DAYS: 30
EXPRESS SCRIPTS    AUTH # : 48971609

NO REFILLS REMAINING

**PRICE: $8.27**
YOUR INSURANCE BENEFIT SAVED YOU: $7.02

RPH: SM
D.E. : KS

DUPLICATE RECEIPT

**25637 CONIFER RD**
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:04/04/2011

**DENNIS STRUNK**

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01    QTY: 30
RX# 2112592    TX: 0000272797
PRESCRIBER: S RUTZ

**PRICE: $8.27**    NEW

---

**25637 CONIFER RD**  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DATE: 04/04/2011
NCPDP: 0619746

**DENNIS STRUNK**    10/27/55    NEW

# 2112591    TX: 0000272796    DAW: 0

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: NEED

ORPHINE SULF ER 30 MG TABLET
ENERIC FOR:MS CONTIN CR 30 MG TABLE
C: 00406-8330-01   QTY: 60   DAYS: 30
PRESS SCRIPTS    AUTH # : 48354609

REFILLS REMAINING

ICE: $15.00
JR INSURANCE BENEFIT SAVED YOU: $95.99

RPH: SM
D.E. : KS

DUPLICATE RECEIPT

**25637 CONIFER RD**
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:04/04/2011

**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60
RX# 2112591    TX: 0000272796
PRESCRIBER: S RUTZ

**PRICE: $15.00**    NEW

---

**25637 CONIFER RD**  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
DATE: 03/14/2011
NCPDP: 0619746

**DENNIS STRUNK**    10/27/55    NEW

X# 4119872    TX: 0000264322    DAW: 0

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

OLPIDEM TARTRATE 10 MG TABLET
ENERIC FOR:AMBIEN 10 MG TABLE
DC: 00603-6469-21   QTY: 90   DAYS: 90
CRIPTSAVE DISCOU    AUTH # : U1077OOB34E00

0 REFILLS OF 90 UNTIL 09/13/2011

RICE: $10.34
UR INSURANCE BENEFIT SAVED YOU: $7.45

RPH: SM
D.E. : PC

DUPLICATE RECEIPT

**25637 CONIFER RD**
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:03/14/2011

**DENNIS STRUNK**

ZOLPIDEM TARTRATE 10 MG
GENERIC FOR:AMBIEN 10 MG TABLET
NDC: 00603-6469-21    QTY: 90
RX# 4119872    TX: 0000264322
PRESCRIBER: S RUTZ

**PRICE: $10.34**    NEW

25637 CONIFER RD CONIFER, CO 80433 DATE: 10/08/2010
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
**DENNIS STRUNK** 10/27/55 **NEW**

**RX# 2109306** TX: 0000203135 DAW: 2
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01 QTY: 60 DAYS: 30
EXPRESS SCRIPTS AUTH # : 15414900

NO REFILLS REMAINING

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

RPH: SL
D.E. : AM

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970 NCPDP:0619746
DATE:10/08/2010
**DENNIS STRUNK**
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01 QTY: 60
**RX# 2109306** TX: 0000203135
PRESCRIBER: **S RUTZ**
**PRICE: $15.00** NEW

25637 CONIFER RD CONIFER, CO 80433 DATE: 10/08/2010
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
**DENNIS STRUNK** 10/27/55 **NEW**

**RX# 2109307** TX: 0000203136 DAW: 0
HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01 QTY: 30 DAYS: 30
EXPRESS SCRIPTS AUTH # : 15671590

NO REFILLS REMAINING

**PRICE: $8.27**
YOUR INSURANCE BENEFIT SAVED YOU: $7.02

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: 1558545004

RPH: SL
D.E. : SL

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970 NCPDP:0619746
DATE:10/08/2010
**DENNIS STRUNK**
HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01 QTY: 30
**RX# 2109307** TX: 0000203136
PRESCRIBER: **S RUTZ**
**PRICE: $8.27** NEW

25637 CONIFER RD CONIFER, CO 80433 DATE: 08/09/2010
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
**DENNIS STRUNK** 10/27/55 **NEW**

**RX# 2108236** TX: 0000180387 DAW: 0
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01 QTY: 60 DAYS: 30
EXPRESS SCRIPTS AUTH # : 04943739

NO REFILLS REMAINING

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: NEED

RPH: CE
D.E. : KS

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970 NCPDP:0619746
DATE:08/09/2010
**DENNIS STRUNK**
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01 QTY: 60
**RX# 2108236** TX: 0000180387
PRESCRIBER: **S RUTZ**
**PRICE: $15.00** NEW

25637 CONIFER RD CONIFER, CO 80433 DATE: 08/09/2010
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
**DENNIS STRUNK** 10/27/55 **NEW**

**RX# 2108237** TX: 0000180388 DAW: 0
HYDROMORPHONE 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01 QTY: 30 DAYS: 30
EXPRESS SCRIPTS AUTH # : 04849739

NO REFILLS REMAINING

**PRICE: $8.27**
YOUR INSURANCE BENEFIT SAVED YOU: $7.02

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: NEED

RPH: CE
D.E. : KS

DUPLICATE RECEIPT
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970 NCPDP:0619746
DATE:08/09/2010
**DENNIS STRUNK**
HYDROMORPHONE 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01 QTY: 30
**RX# 2108237** TX: 0000180388
PRESCRIBER: **S RUTZ**
**PRICE: $8.27** NEW

**DUPLICATE RECEIPT**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 11/07/07   RX# 6053790   NEW
DENNIS STRUNK
GABAPENTIN CAP 300MG PURPAC
NDC# 002282606611   QTY:90
J CASTRO
**PRICE:  $15.00**

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK   DATE: 11/07/07   NEW
397 N RIDGE RO BAILEY CO 80421   (303) 921-6212
RX# 6053790   TX# 140981   Auth: 00000992643501
GABAPENTIN CAP 300MG PURPAC   KSM
NDC: 00228-2666-11   DAW: 0
QTY:90   No Refill
J CASTRO
ROCKY MOUNTAIN HMO
**PRICE:  $15.00**

Store# 87

Every Day Price:   $63.25

---

**DUPLICATE RECEIPT**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 11/07/07   RX# 4011710   NEW
DENNIS STRUNK
ZOLPIDEM 10MG
NDC# 55111047901   QTY:30
J CASTRO
**PRICE:  $9.82**

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK   DATE: 11/07/07   NEW
397 N RIDGE RO BAILEY CO 80421   (303) 921-6212
RX# 2006552   TX# 140982   Auth: 00000992643801
ZOLPIDEM 10MG   KSM
NDC: 55111-0479-01   DAW: 0
QTY:30   No Refill
J CASTRO
ROCKY MOUNTAIN HMO
**PRICE:  $9.82**

Store# 87

Every Day Price:   $46.49

---

**DUPLICATE RECEIPT**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 11/07/07   RX# 2006552   NEW
DENNIS STRUNK
OXYCODONE HCL ER 10MG  TEVA
NDC# 00093002401   QTY:60
J CASTRO
**PRICE:  $15.00**

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK   DATE: 11/07/07   NEW
397 N RIDGE RO BAILEY CO 80421   (303) 921-6212
RX# 2006552   TX# 140986   Auth: 00000992644901
OXYCODONE HCL ER 10MG  TEVA   KSM
NDC: 00093-0024-01   DAW: 0
QTY:60   No Refill
J CASTRO
ROCKY MOUNTAIN HMO
**PRICE:  $15.00**

Store# 87

Every Day Price:   $99.19

---

**DUPLICATE RECEIPT**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 11/07/07   RX# 2006551   NEW
DENNIS STRUNK
OXYCODONE IR 5 MG CAP MALLIN
NDC# 00406055401   QTY:60
J CASTRO
**PRICE:  $10.87**

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK   DATE: 11/07/07   NEW
397 N RIDGE RO BAILEY CO 80421   (303) 921-6212
RX# 2006551   TX# 140985   Auth: 00000992644801
OXYCODONE IR 5 MG CAP MALLIN   KSM
NDC: 00406-0554-01   DAW: 0
QTY:60   No Refill
J CASTRO
ROCKY MOUNTAIN HMO
**PRICE:  $10.87**

Store# 87

Every Day Price:   $25.89

---

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**
DATE: 08/18/2010
NCPDP: 0619746
10/27/55   NEW
RX# 4113997   TX: 0000183744   DAW: 0
HYDROCODONE-APAP 10-650 TABLET
GENERIC FOR:LORCET 10-650 TABLET
NDC: 00591-0503-01   QTY: 20   DAYS: 3
XPRESS SCRIPTS   AUTH # : 06547646
0 REFILL OF 20 UNTIL 02/17/2011
**PRICE: $6.26**
OUR INSURANCE BENEFIT SAVED YOU: $10.33

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
L COLLINS
NPI: 1356433684

RPH: MH
D.E. : MH

**DUPLICATE RECEIPT**
25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:08/18/2010
**DENNIS STRUNK**
HYDROCODONE-APAP 10-650
GENERIC FOR:LORCET 10-650 TABLET
NDC: 00591-0503-01   QTY:20
RX# 4113997   TX: 0000183741
PRESCRIBER: L COLLINS
**PRICE: $6.26**   NEW

runk, Dennis V

| PATIENT NAME/TYPE OF NON-PATIENT RECEIPT | RECD CODE | PATIENT NUMBER | S C D | TRANSACTION DATE | PLAN CODE | TRANSACTION CODE | S C D | PATIENT | NON-PATIENT |
|---|---|---|---|---|---|---|---|---|---|
| runk, Dennis V | 81 | 8938.3167.87 | | 129T09 | | CASH | | 50.— | |
| | | | | | | | | AMOUNT | |

Receipt          50527

# THANK YOU

**SKY RIDGE MEDICAL CENTER**
10101 RIDGE GATE PKWY.
LONE TREE, CO 80124

*Cashier Signature*

| PATIENT NAME/TYPE OF NON-PATIENT RECEIPT | RECD CODE | PATIENT NUMBER | S C D | TRANSACTION DATE | PLAN CODE | TRANSACTION CODE | S C D | PATIENT | NON-PATIENT |
|---|---|---|---|---|---|---|---|---|---|
| TRUNK, DENNIS | 81 | 3169 996 2309 | | 112109 | | CASH | | 50.— T | |
| | | | | | | | | AMOUNT | |

Receipt          752141

# THANK YOU

**SWEDISH MEDICAL CENTER**
501 EAST HAMPDEN AVE.
ENGLEWOOD, CO 80113

*Eve Manzanero (Reg)*
*Cashier Signature*

---

**DUPLICATE RECEIPT**
(303)816-4970  NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 09/08/07   RX# 2005874   NEW
DENNIS STRUNK
OXYCODONE IR 5 MG CAP MALLIN
NDC# 00406055401  QTY:60
S J PRIMACK
PRICE:  $10.87

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433          Store# 87
**DENNIS STRUNK**
397 N RIDGE RO BAILEY CO 80421    DATE: 09/08/07
RX# 2005874      TX# 125883          **NEW**
                                      (303) 921-6212
OXYCODONE IR 5 MG CAP MALLIN    KDI   Auth: 00000973230401
NDC: 00406-0554-01  DAW: 0
QTY:60        No Refill
S J PRIMACK                            Every Day Price:  $25.89
ROCKY MOUNTAIN HMO
PRICE:  $10.87

---

**DUPLICATE RECEIPT**
(303)816-4970  NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 10/29/07   RX# 4011496   NEW
DENNIS STRUNK
HYDROCOD/IBUPRO 7.5-200MG
NDC# 62037053101  QTY:28
R E NICHOLS
PRICE:  $15.00

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433          Store# 87
**DENNIS STRUNK**
397 N RIDGE RO BAILEY CO 80421    DATE: 10/29/07
RX# 4011496      TX# 138494          **NEW**
                                      (303) 921-6212
HYDROCOD/IBUPRO 7.5-200MG    KSM   Auth: 00000989334001
NDC: 62037-0524-01  DAW: 0
QTY:28        No Refill
                                      Every Day Price:  $40.09
ROCKY MOUNTAIN HMO
PRICE:  $15.00

---

**DUPLICATE RECEIPT**
(303)816-4970  NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 11/02/07   RX# 4011618   NEW
DENNIS STRUNK
HYDROCOD/IBUPRO 7.5-200MG
NDC# 62037052401  QTY:28
R E NICHOLS

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433          Store# 87
**DENNIS STRUNK**
397 N RIDGE RO BAILEY CO 80421    DATE: 11/02/07
RX# 4011618      TX# 139857          **NEW**
                                      (303) 921-6212
HYDROCOD/IBUPRO 7.5-200MG    DCJ   Auth: 00000991193901
NDC: 62037-0524-01  DAW: 0
QTY:28    May Refill 1X Until 05/03/2008
R E NICHOLS                            Every Day Price:  $40.09
ROCKY MOUNTAIN HMO

**KING Soopers**
25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087

DATE: 03/18/2010
NCPDP: 0619746

**DENNIS STRUNK**

10/27/55       **NEW**

**RX# 2105670**        TX: 0000129103        DAW: 0

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
**S RUTZ**
NPI: NEED

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS        AUTH # : 79712145

NO REFILLS REMAINING

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

RPH: MH
D.E : KS

5574275

| DATE | | AUTH NO. | REF. NO. | CLERK | SERVER | TYPE OF CARD | |
|---|---|---|---|---|---|---|---|
| | QTY | | DESCRIPTION | | | PRICE | AMOUNT |
| | | | | | | | |
| | | | | | | | |
| | | | | | SUB TOTAL | | |
| | | | | | SALES TAX | | |
| ID-FOLIO/CHECK NO./LIC. NO. STATE | | | REG./DEPT. | | TIP | | |
| | | | | | MISC. | | |
| **SALES SLIP** | | | | | | **TOTAL** | |

SALES SLIP COPY

SIGN HERE X

The issuer of the card identified on this item is authorized upon proper presentation. I promise to pay such TOTAL (together with any other charges due hereon) subject to and in accordance with the Agreement governing the use of such card.

_____
Cashier Signature

SWEDISH MEDICAL CENTER
501 EAST HAMPDEN AVE.
ENGLEWOOD, CO 80113

# THANK YOU

Receipt        7525163

| PATIENT NAME/TYPE OF NON-PATIENT RECEIPT | RECD CODE | S | PATIENT NUMBER | TRANSACTION DATE | PLAN CODE | TRANSACTION COL. | D O S | AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Strunk Dennis | | 8 | 3b6899054b | 11/08/09 | | G 4 H | | PATIENT | 85 | 47 |
| | | | | | | | | NON-PAT | | |

**ST**
06-30-2008

**CVS/pharmacy** #1316  Ph:727.868.9420

12838 LITTLE ROAD
HUDSON, FL
34667-0000

PROMISED: 06:00 UP
06-30-2008
# Scripts: 01

CUSTOMER RECEIPT

STRUNK,DENNIS
8610 REX STREET, HUDSON, FL 34667-0000
Ph:727.868-4741     DOB:10-28
GABAPENTIN 300 MG CAPSULE SAN
TAKE 1 CAPSULE BY MOUTH EVERY MORNING, 1 CAP AT
NOON, AND 2 CAPS AT BEDTIME
NDC:00186-0093-10 Days Supply: 30  Refills: 2  Qty:120     CA
Prscbr: PRIMACK,SCOTT
TP: 7415    GR:MHYA
AUTH:7752569

EXPRESS SCRIPTS

Date:06-30-2008     DAW:0
Rx: 200475 00

PAY:          $15.00     Cost:Y

002105

# CVS/pharmacy
## Cares For You!

Join us once a month for a **FREE** health screening or event!

Pick up a schedule, which lists the screening type, date, and time at the pharmacy.

# CVS.com

Visit us online for added convenience...

- Order prescription refills online and pick up in store!
- Set up prescription refill reminders online!
- Check the status of your refill online!

---

**ST**
06-30-2008

**CVS/pharmacy** #1316  Ph:727.868.9420

12838 LITTLE ROAD
HUDSON, FL
34667-0000

PROMISED: 06:00
06-30-2008
# Scripts: 0

CUSTOMER RECEIPT

STRUNK,DENNIS
8610 REX STREET, HUDSON, FL 34667-0000
Ph:727.868-4741     DOB:10-28
ZOLPIDEM TARTRATE 10 MG TABTEV
TAKE ONE TABLET BY MOUTH EVERY DAY AT BEDTIME
NDC:00006-0074-31 Days Supply: 30  Refills: 2  Qty:30     TA
Prscbr: PRIMACK,SCOTT
TP: 7415    GR:MHYA
AUTH:7753569

EXPRESS SCRIPTS

Date:06-30-2008     DAW
Rx: C 200474 00

PAY:          $8.86     Cost

002105

# CVS/pharmacy
## Cares For You!

Join us once a month for a **FREE** health screening or event!

Pick up a schedule, which lists the screening type, date, and time at the pharmacy.

# CVS.com

Visit us online for added convenience...

- Order prescription refills online and pick up in store!
- Set up prescription refill reminders online!
- Check the status of your refill online!

**SI**
07-28-2008
# Scripts: 03

CVS/pharmacy
13038 LITTLE ROAD
HUDSON, FL
34667-8000

#1316  Ph:727.868.9420

Dated: 07-28-2008   DAW:0
Rx: 201088 01              PAY: $15.00   Copay:Y

STRUNK, DENNIS
8810 REX STREET, HUDSON, FL 34667-8000
Ph:727.868.4741   DOB:10-29
METHOCARBAMOL 500 MG TABLET W/SW
TAKE 1 TABLET UP TO 3 TIMES A DAY

NDC:00143-1239 01  Days Supply: 30  Refills: 1  Qty:90    TA
Presc:PRIMACK,SCOTT
IP: 7415  GR:MH YA
AUTH:#18485B1

EXPRESS SCRIPTS

X02/03



FREE Equipment   FREE Delivery   EASY Setup

Personal
Emergency
Response
System

*Minimal Monthly Service Fee*

Call 1-800-283-2300 for a FREE BROCHURE
www.MedicalAlertSystem.com

---

# CVS.com

### Visit us online for added convenience…

- Order prescription refills online and pick up in store!
- Set up prescription refill reminders online!
- Check the status of your refill online!

---

**SI**
07-28-2008
# Scripts: 03

CVS/pharmacy
13038 LITTLE ROAD
HUDSON, FL
34667-8000

#1316  Ph:727.868.9420

Dated: 07-28-2008   DAW:0
Rx: 200475 01             PAY: $15.00   Copay:Y

STRUNK, DENNIS
8810 REX STREET, HUDSON, FL 34667-8000
Ph:727.868.4741   DOB:10-29
GABAPENTIN 300 MG CAPSULE SAN
TAKE 1 CAPSULE BY MOUTH EVERY MORNING, 1 CAP AT
NOON, AND 2 CAPS AT BEDTIME
NDC:00186-0093-10  Days Supply: 30  Refills: 1  Qty:120    CA
Presc:PRIMACK,SCOTT
IP: 7415  GR:MH YA
AUTH:#17985B1

EXPRESS SCRIPTS

002/03



FREE Equipment   FREE Delivery   EASY Setup

Personal
Emergency
Response
System

*Minimal Monthly Service Fee*

Call 1-800-283-2300 for a FREE BROCHURE
www.MedicalAlertSystem.com

---

# CVS.com

### Visit us online for added convenience…

- Order prescription refills online and pick up in store!
- Set up prescription refill reminders online!
- Check the status of your refill online!



**ST WAITING**
06-09-2008

PROMISED: 09:10U
06-10-2008
# Scripts: 01

CVS/pharmacy #1316  Ph:727.868.9420

3838 LITTLE ROAD
HUDSON, FL
34667/0000

CUSTOMER RECEIPT

STRUNK,DENNIS
9610 REX STREET, HUDSON, FL 34667/0000
Ph:727.868.4741

OXYCONTIN 15 MG TABLET SA PUR

AKE 1 TABLET EVERY 12 HOURS

Date:06-09-2008  Refills: 0  Rx: N 1990117 00

DC:59011-0015.10  Days Supply: 30  Refills: 0  Qty:60  TA
rssdn: PRIMACK,SCOTT

Ph: 7415  08:MHYA
DThW/7447/1894

PAY:  $40.00  Copay

EXPRESS SCRIPTS

---

**ST**
07-28-2008

PROMISED: 04:00U
07-28-2008
# Scripts: 03

CVS/pharmacy #1316  Ph:727.868.9420

3838 LITTLE ROAD
HUDSON, FL
34667/0000

CUSTOMER RECEIPT

STRUNK,DENNIS
9610 REX STREET, HUDSON, FL 34667/0000
Ph:727.868.4741

ZOLPIDEM TARTRATE 10 MG TABTEV

TAKE ONE TABLET BY MOUTH EVERY DAY AT BEDTIME

Date:07-28-2008  Refills: 0  Rx: C 200474 01

NDC:00093-0074.01  Days Supply: 30  Refills: 1  Qty:30  TA
Prescbr: PRIMACK,SCOTT

Ph: 7415  08:MHYA
DThW/7447/1809531

PAY:  $8.66  Copay

EXPRESS SCRIPTS

002103

---

Please note that an important notice related to privacy of your personal healthcare information has been printed on the reverse of this receipt. Please review the provided information carefully.

CVS/pharmacy requests that you acknowledge receipt of this notice by signing the store's acknowledgement log or you may sign the coupon below and mail to the CVS Privacy Office at the address set forth in the Notice.

If you have any questions or concerns please feel free to contact the CVS Privacy Office in writing or by calling **1-800-287-2414.**

**CVS/pharmacy**

---

**Acknowledgement**

_____ (printed name)

have received CVS/pharmacy's Notice of Privacy Practices.

Signature: _____

Date: _____

Please detach and return this Acknowledgement to your local CVS/ pharmacy or to the address specified on the Notice.

**CVS/pharmacy**

---

Medical **Alert** System .com

Personal Emergency Response System

FREE Equipment   FREE Delivery   EASY Setup

_Minimal Monthly Service Fee_

Call **1-800-283-2300** for a **FREE BROCHURE**

www.MedicalAlertSystem.com

---

# CVS.com

## Visit us online for added convenience...

- Order prescription refills online and pick up in store!
- Set up prescription refill reminders online!
- Check the status of your refill online!

## Left Receipt

**ST**
06-30-2008

**CVS/pharmacy** #1316  Ph:727.868-9420

13838 LITTLE ROAD
HUDSON, FL
34667-0000

PROMISED: 06:30P
06:30-2008
# Scripts: 01

CUSTOMER RECEIPT

07 020047 01 000135   DAW:0
Date:06-30-2008   Rx:N 200472 00

**STRUNK,DENNIS**
9610 REX STREET, HUDSON, FL 34667-8000
Ph:727.868-4741   DOB:10-29
OXYCODONE HCL 5 MG TABLET MCK
TAKE ONE TABLET BY MOUTH TWICE A DAY

NDC:0049-0552-01  Days Supply: 30  Refills: 0  Qty:60   TA
PAY: $13.35   Cops:Y
Prscbr: PRIMACK,SCOTT
TP: 7415   GR:MHYA
AUTH:7703109276

EXPRESS SCRIPTS

002105

## Right Receipt

**ST**
06-30-2008

**CVS/pharmacy** #1316  Ph:727.868-9420

13838 LITTLE ROAD
HUDSON, FL
34667-0000

PROMISED: 06:30P
06:30-2008
# Scripts: 01

CUSTOMER RECEIPT

07 020047 01 000400   DAW:0
Date:06-30-2008   Rx:N 200471 00

**STRUNK,DENNIS**
9610 REX STREET, HUDSON, FL 34667-8000
Ph:727.868-4741   DOB:10-29
OXYCONTIN 15 MG TABLET SA PUR
TAKE ONE TABLET BY MOUTH EVERY 12 HOURS

NDC:5901-0815-10  Days Supply: 30  Refills: 0  Qty:60   TA
PAY: $40.00   Cops:Y
Prscbr: PRIMACK,SCOTT
TP: 7415   GR:MHYA
AUTH:7700846

EXPRESS SCRIPTS

002105

## Advertisement Boxes

**CVS/pharmacy**
**Cares For You!**

Join us once a month for a **FREE** health screening or event!

Pick up a schedule, which lists the screening type, date, and time at the pharmacy.

002111

**CVS.com**

Visit us online for added convenience...

- Order prescription refills online and pick up in store!
- Set up prescription refill reminders online!
- Check the status of your refill online!

002111

**CVS/pharmacy**
**Cares For You!**

Join us once a month for a **FREE** health screening or event!

Pick up a schedule, which lists the screening type, date, and time at the pharmacy.

002111

**CVS.com**

Visit us online for added convenience...

- Order prescription refills online and pick up in store!
- Set up prescription refill reminders online!
- Check the status of your refill online!

002111



07-07-2008

pharmacy #1316 Ph:727.868-9420

CUSTOMER RECEIPT

07-07-2008
# Scripts: 01

STRUNK,DENNIS
9610 REX STREET, HUDSON, FL 34667-0000
Ph:727.868-4741 DOB:10-28
METHOCARBAMOL 500 MG TABLETWSW
WEST WARD INC
TAKE 1 TABLET UPTO 3 TIMES A DAY
NDC:00143-1290-01 Days Supply: 30 Refills: 2 Qty:90 TA
Prscbr: PRIMACK,SCOTT
TP: 7415 GR:MHYA
AUTH#78737846
EXPRESS SCRIPTS

Date:07-07-2008 DAW:0
Rx: 201088 00

PAY: $15.00
Cap:Y

# CVS.com

**Visit us online for added convenience…**

- Order prescription refills online and pick up in store!
- Set up prescription refill reminders online!
- Check the status of your refill online!

*Your CVS Pharmacist can answer questions about your medications*

- Knowledgeable
- Caring
- Committed
- Confidential

**CVS/pharmacy**

---

DATE: 05/17/2010

KING Soopers 25637 CONIFER RD CONIFER, CO 80433
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
DENNIS STRUNK 10/27/55 NEW

RX# 2106704 TX: 0000150501 DAW: 0
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01 QTY: 60 DAYS: 30
EXPRESS SCRIPTS AUTH # : 90854553

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

NO REFILLS REMAINING

RPH: CC
D.E. : AM

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

---

DATE: 05/01/2009

KING Soopers 25637 CONIFER RD CONIFER, CO 80433
PHONE: (303) 816-4970 STORE: 62000087 NCPDP: 0619746
DENNIS STRUNK 10/27/55 NEW

RX# 2100771 TX: 0000017569 DAW: 0
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01 QTY: 60 DAYS: 30
EXPRESS SCRIPTS AUTH # : 26922812

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S TERRY
NPI: 1558545004

NO REFILLS REMAINING

RPH: CC
D.E. : KS

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

---

COLORADO REHABILITATIONA AND O
8246 W BOWLES SUITE T
LITTLETON, CO 80123

ate: 03/20/06 Time: 14:28:01

Sale

Result: CAPTURED
Auth No: 020899
Reference: 6079210007273
Sequence #: 7488
TroutD: 7488
Ticket No:
Account No: 4300.......0191
Card Issuer: Visa
Card Member: Dennis Strunk
Amount: 40.00

ignature X.............................
Agree to Pay Above Total Amount
ccording to Card Issuer Agreement
erchant Agreement if Credit Voucher)

DATE: 08/17/2009

DENNIS STRUNK
23567 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 02000087    NCPDP: 0619746

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212    10/27/55    NEW

EXPRESS SCRIPTS

NDC: 00406-3243-01    QTY: 60    DAYS: 30    AUTH #: 43109542
GENERIC FOR DILAUDID 2 MG TABLET
*HYDROMORPHONE 2 MG TABLET    DAW: 0

TX: 0000053240

PRESCRIBER:
S TERRY
NPI: 1558645004
RPH: CS
D.E.: MK

# 2102291

NO REFILLS REMAINING

YOUR INSURANCE BENEFIT SAVED YOU: $12.29
PRICE: $15.00

DUPLICATE RECEIPT

DATE: 05/01/2009
PH:(303)816-4970    NCPDP:0619746
DENNIS STRUNK
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 TABLET
NDC: 00406-8330-01    QTY: 60
RX# 2100771    TX: 00    569
PRESCRIBER: S TERRY
NEW

PRICE: $15.00

**COLORADO REHABILITATIONA AND O**
8246 W BOWLES SUITE T
LITTLETON, CO 80123

Date: 10/12/07          Time: 15:55:13

Sale

Result: CAPTURED
Auth No: 052058
Reference: 728521502143
Sequence #: 16006
TroutD: 16006
Ticket No:
Account No: 4271.......7943
Card Issuer: Visa
Card Member: STRUNK/DENNIS
Amount: 40.00

Signature X................................
I Agree to Pay Above Total Amount
According to Card Issuer Agreement
(Merchant Agreement If Credit Voucher)

date  2, 15, 08  No. 337233

received from  Dennis Strunk  40.—

amount  40

for payment of  from copays

○ cash   ○ money order   ○ credit card   ○ check #

| amount due | | |
| amount paid | 40.— | from |
| balance | | |

a  475WS

GENERIC FOR:AMBIEN 10 MG TABLET
NDC: 00603-6469-21   QTY: 90   DAYS: 90
EXPRESS SCRIPTS

PHONE: (303) 921-6212
PRESCRIBER:
AUTH # : 21958810  **S RUTZ**
NPI: 1558545004

2.00 REFILLS OF 90 UNTIL 11/01/2012

RPH: JN
D.E. : MR

**PRICE: $14.98**
YOUR INSURANCE BENEFIT SAVED YOU: $12.81

---

**25637 CONIFER RD**  CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

DATE: 04/29/2012
NCPDP: 0619746
10/27/55
**NEW**

RX# 2119949        TX: 0000433860        DAW: 0

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30   DAYS: 30
EXPRESS SCRIPTS

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
AUTH # : 2118163  **S RUTZ**
NPI: NEED

NO REFILLS REMAINING

RPH: SM
D.E. : PC

**PRICE: $8.04**        SAVED YOU: $13.85

---

**25637 CONIFER RD**  CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

DATE: 04/29/2012
NCPDP: 0619746
10/27/55
**NEW**

RX# 2119950        TX: 0000433861        DAW: 0

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS
AUTH # : 21760165  **S RUTZ**
NPI: NEED

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:

RPH: SM
D.E. : SM

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $55.59

---

**25637 CONIFER RD**  CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

DATE: 03/30/2012
NCPDP: 0619746
10/27/55
**NEW**

RX# 2119401        TX: 0000421229        DAW: 0

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS
AUTH # : 15326765  **S RUTZ**
NPI: NEED

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:

RPH: JS
D.E. : JS

**PRICE: $15.00**

---

GENERIC FOR:AMBIEN 10 MG TABLET
NDC: 00603-6469-21   QTY: 90
RX# 4132064        TX: 0000434683
PRESCRIBER:  **S RUTZ**

**PRICE: $14.98**        **NEW**

---

DUPLICATE RECEIPT

**25637 CONIFER RD**
CONIFER, CO 80433
PH:(303)816-4970   NCPDP: 0619746
DATE:04/29/2012

**DENNIS STRUNK**

HYDROmorphone 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01        QTY: 30
RX# 2119949        TX: 0000433860
PRESCRIBER:  **S RUTZ**

**PRICE: $8.04**        **NEW**

---

DUPLICATE RECEIPT

**25637 CONIFER RD**
CONIFER, CO 80433
PH:(303)816-4970   NCPDP: 0619746
DATE:04/29/2012

**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01        QTY: 60
RX# 2119950        TX: 0000433861
PRESCRIBER:  **S RUTZ**

**PRICE: $15.00**        **NEW**

---

DUPLICATE R.        EIPT

**25637 CONIFER RD**
CONIFER, CO 80433
PH:(303)816-4970   NCPDP: 0619746
DATE:03/30/2012

**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABLE T
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01        QTY: 60
RX# 2119401        TX: 0000421229
PRESCRIBER:  **S RUTZ**

**PRICE: $15.00**        **NEW**

DUPLICATE RECEIPT

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433

**DENNIS STRUNK**      Phone: (303)816-4970      NCPDP# 0619746
397 N RIDGE RD BAILEY CO 80421      25637 CONIFER ROAD CONIFER, CO 80433

DATE: 02/23/09      RX# 4022404      TX# 274943      DATE: 02/23/09      Store# 87

**ZOLPIDEM 10MG**      **NEW**

NDC# 55111-04799-01      DAW: 0      (303) 921-6212
QTY:90      KDI      Auth: 14298289
S TERRY      May Refill 1X Until 08/26/2009

EXPRESS SCRIPTS GENERIC

PRICE:      $16.85      Every Day Price:      $130.29

---

DUPLICATE RECEIPT

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433

**DENNIS STRUNK**      Phone: (303)816-4970      NCPDP# 0619746
397 N RIDGE RD BAILEY CO 80421      25637 CONIFER ROAD CONIFER, CO 80433

DATE: 02/23/09      RX# 6101988      TX# 274941      DATE: 02/23/09      Store# 87

**GABAPENTIN TAB 600MG PUREPAC**      **NEW**

NDC# 00228-2636-11      DAW: 0      (303) 921-6212
QTY:270      KDI      Auth: 14359289
S TERRY      May Refill 1X Until 02/23/2010

EXPRESS SCRIPTS GENERIC

PRICE:      $45.00      Every Day Price:      $461.47

---

DUPLICATE RECEIPT

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433

**DENNIS STRUNK**      Phone: (303)816-4970      NCPDP# 0619746
397 N RIDGE RD BAILEY CO 80421      25637 CONIFER ROAD CONIFER, CO 80433

DATE: 02/23/09      RX# 6101989      TX# 274942      DATE: 02/23/09      Store# 87

**METHOCARBAMOL 500MG WATSON**      **NEW**

NDC# 00591-5381-01      DAW: 0      (303) 921-6212
QTY:270      KDI      Auth: 14277289
S TERRY      May Refill 1X Until 02/23/2010

EXPRESS SCRIPTS GENERIC

PRICE:      $37.93      Every Day Price:      $113.19

---

DUPLICATE RECEIPT

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433

**DENNIS STRUNK**      Phone: (303)816-4970      NCPDP# 0619746
397 N RIDGE RD BAILEY CO 80421      25637 CONIFER ROAD CONIFER, CO 80433

DATE: 02/13/09      RX# 2012407      TX# 271942      DATE: 02/13/09

**OXYCONTIN CR 15MG TAB**      **NEW**

NDC# 59011-0815-10      DAW: 0      M H
QTY:60      Auth: 13208417
S TERRY      NO Refill      (303) 921-6212

EXPRESS SCRIPTS GENERIC

PRICE:      $40.00      Every Day Price:      $198.99

---

DUPLICATE RECEIPT

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970      STORE: 62000087

**DENNIS STRUNK**

RX# 6325814      TX: 0000331566      DAW: 0      397 N RIDGE ROAD
BAILEY, CO 80421
**AMOXICILLIN 500 MG CAPSULE**      PHONE: (303) 921-6212
PRESCRIBER:
NDC: 65862-0017-05      QTY: 40      DAYS: 10      **S LINN**
EXPRESS SCRIPTS      AUTH #: 75446997      NPI: 1083816151

NO REFILLS REMAINING

NCPDP: 0619746
10/27/55      DATE: 08/30/2011

RPH: JS

---

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970  NCPDP:06:19746
DATE:08/30/2011

DUPLICATE RECEIPT

**DENNIS STRUNK**

NDC: 65862-0017-05      QTY: 40
RX# 6325814      TX: 0000331566
**AMOXICILLIN 500 MG CAPSULE**
PRESCRIBER: **S LINN**

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DENNIS STRUNK
ZOLPIDEM 10MG
NDC# 55111047901   QTY:30
J CASTRO
DATE: 12/06/07   RX# 4012317   NEW

PRICE: $9.82

**DUPLICATE RECEIPT**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DENNIS STRUNK
OXYCODONE 5MG TAB MALLIN
NDC# 0040605201   QTY:60
J CASTRO
DATE: 12/06/07   RX# 2008878   NEW

PRICE: $11.02

**DUPLICATE RECEIPT**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DENNIS STRUNK
GABAPENTIN CAP 300MG PURPAC
NDC# 00228-2666-11   QTY:90
J CASTRO
DATE: 12/06/07   RX# 6056463   NEW

PRICE: $15.00

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

RX# 2100064   TX: 0000001652
MORPHINE SULF ER 30 MG TABLET   DAW: 0
GENERIC FORMS CONTIN 30 MG TABLET'S
NDC: 00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS   AUTH #: 18980970

NO REFILLS REMAINING

YOUR INSURANCE BENEFIT SAVED YOU: $95.99

PRICE: $15.00

**DUPLICATE RECEIPT**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DENNIS STRUNK
HYDROMORPHONE 2MG TAB MALLIN
NDC: 00406-3243-01   QTY:60
S TERRY
DATE: 02/23/09   RX# 2012522   NEW

---

DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
NDC# 55111-0479-01   DAW: 0
QTY:30
J CASTRO
ROCKY MOUNTAIN HMO
DATE: 12/06/07   Auth: 00001002201001   MMQ

PRICE: $9.82

DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
NDC# 00406-0552-01   DAW: 0
QTY:60
J CASTRO
ROCKY MOUNTAIN HMO
DATE: 12/06/07   Auth: 0000100220901   MMQ

PRICE: $11.02

DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
NDC# 00228-2666-11   DAW: 0
QTY:90
J CASTRO
ROCKY MOUNTAIN HMO
DATE: 12/06/07   Auth: 0000100220240I   MMQ

PRICE: $15.00

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S TERRY
NPI: 1558545004

RPH: CC
D.E.: KS

**DENNIS STRUNK**
397 N RIDGE RD BAILEY CO 80421
RX# 2100064   TX# 1483407
NDC# 00406-8330-01   DAW: 0
J CASTRO
NO Refill
DATE: 03/13/2009

NEW

---

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK
NO Refill
DATE: 12/06/07   Auth: 0000100220100I
Every Day Price:   $46.49

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK
TX# 148405
NO Refill
DATE: 12/06/07   Auth: 0000100220100I
(303) 921-6212
NEW
Store# 87
Every Day Price:   $28.79

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK
TX# 148403
NO Refill
DATE: 12/06/07
(303) 921-6212
NEW
Store# 87
Every Day Price:   $63.25

25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970   NCPDP# 0619746
DATE:03/13/2009
**DENNIS STRUNK**
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN 30 MG TABLET'S
NDC: 00406-8330-01   QTY: 60
PRESCRIBER: S TERRY
RX# 2100064   TX: 0000001652
(303) 921-6212
NEW   Store# 87

PRICE: $15.00

DUPLICATE RECEIPT

DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
RX# 2012522   TX# 274940
HYDROMORPHONE 2MG TAB MALLIN
NDC: 00406-3243-01   DAW: 0
S TERRY
DATE: 02/23/09   Auth: 14883289   KDI

NEW

Every Day Price:   $31.32

**RX# 2107155**

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970                    NCPDP: 0619746
**DENNIS STRUNK**                         DATE: 06/11/2010

                                         NEW

RX# 2107155

MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60
EXPRESS SCRIPTS
                    AUTH # : 94001268

                         PRESCRIBER:
                         S RUTZ
                         NPI: NEED
                         RPH: DJ
                         D.E.: KS

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

NO REFILLS REMAINING

---

**RX# 4112720**

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970        STORE: 62000087

**DENNIS STRUNK**

TX: 0000159391

ZOLPIDEM TARTRATE 10 MG TABLET
GENERIC FOR AMBIEN 10 MG TABLET
NDC: 00093-6469-21    QTY: 90    DAYS: 30
SCRIPT SAVE DISCOU
                    AUTH # : U10349M4B14D00

                              DAW: 0

                         397 N RIDGE ROAD
                         BAILEY, CO 80421
                         PHONE: (303) 921-6212
                         PRESCRIBER:
                         S RUTZ
                         NPI: 1558545004
                         RPH: DJ
                         D.E.: --

**PRICE: $10.34**
YOUR INSURANCE BENEFIT SAVED YOU: $17.45

NO REFILLS REMAINING

---

**RX# 6219926**

25637 CONIFER RD   CONIFER, CO 80433
PHONE: (303) 816-4970                    NCPDP: 0619746
**DENNIS STRUNK**                         10/27/55

TX: 0000097606    DAW: 0

GABAPENTIN 600 MG TABLET
GENERIC FOR NEURONTIN 600 MG TABLET
NDC: 00228-2636-11    QTY: 270    DAYS: 90
EXPRESS SCRIPTS
                    AUTH # : 64499218

                         397 N RIDGE ROAD
                         BAILEY, CO 80421
                         PHONE: (303) 921-6212
                         PRESCRIBER:
                         S RUTZ
                         NPI: 1558545004

                                         DATE: 12/21/2009
                                         REFILL

**PRICE: $45.00**
YOUR INSURANCE BENEFIT SAVED YOU: $414.19

NO REFILLS REMAINING

---

DUPLICATE RECEIPT

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
RX# 2006876    NEW

DATE: 12/06/07
**DENNIS STRUNK**
**OXYCODONE HCL ER 10MG   TEVA**
NDC# 00093002401  QTY:60
J CASTRO

---

25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:06/11/2010

**DENNIS STRUNK**

MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01    QTY: 60
RX# 2107155        TX: 0000159391
PRESCRIBER: S RUTZ

**PRICE: $15.00**

DUPLICATE RECEIPT                NEW

25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:12/15/2010

**DENNIS STRUNK**

ZOLPIDEM TARTRATE 10 MG
GENERIC FOR AMBIEN 10 MG TABLET
NDC: 00093-6469-21    QTY: 90
RX# 4112720        TX: 0000229482
PRESCRIBER: S RUTZ

**PRICE: $10.34**

DUPLICATE RECEIPT                REFILL

25637 CONIFER RD
CONIFER, CO 80433
PH:(303)816-4970  NCPDP:0619746
DATE:12/21/2009

**DENNIS STRUNK**

GABAPENTIN 600 MG TABLET
GENERIC FOR NEURONTIN 600 MG TABLET
NDC: 00228-2636-11    QTY: 270
RX# 6219926        TX: 0000097606
PRESCRIBER:  S RUTZ

**PRICE: $45.00**

DUPLICATE RECEIPT                REFILL

---

**DENNIS STRUNK**

Phone: (303)816-4970    NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433

DATE: 12/06/07
RX#: 148399                NEW        Store# 87
                        Auth: 0000100219710
**DENNIS STRUNK**
**OXYCODONE HCL ER 10MG   TEVA**
NDC#: 00093-0024-01    DAW: 0
                        MMQ
J CASTRO
NO Refill

Every Day Price:        $99.19

CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:06/11/2010

**DENNIS STRUNK**

HYDROMORPHONE 4 MG TABLET
GENERIC FOR:DILAUDID 4 MG TABLET
NDC: 00406-3244-01   QTY: 30   TX# 0000159390
RX# 2107154
PRESCRIBER:  S RUTZ

**PRICE: $8.27**

NEW

---

**DENNIS STRUNK**   10/27/55

RX# 2107154   TX# 0000159390   DAW: 0
HYDROMORPHONE 4 MG TABLET   397 N RIDGE ROAD
GENERIC FOR:DILAUDID 4 MG TABLET   BAILEY, CO 80421
NDC: 00406-3244-01   QTY: 30   DAYS: 30   PHONE: (303) 921-6212
EXPRESS SCRIPTS   PRESCRIBER:
AUTH # : 94683825   S RUTZ
NPI: NEED

NO REFILLS REMAINING   RPH: DJ
D.E. : KS

**PRICE: $8.27**
YOUR INSURANCE BENEFIT SAVED YOU: $7.02

---

25637 CONIFER RD   CONIFER CO 80433
PHONE: (303) 816-4970   STORE: 62000087

**DENNIS STRUNK**

DATE: 11/16/2009   NCPDP: 0619746
10/27/55   NEW

RX# 2103701   TX# 0000084867   DAW: 0
HYDROMORPHONE 4 MG TABLET   397 N RIDGE ROAD
GENERIC FOR:DILAUDID 4 MG TABLET   BAILEY, CO 80421
NDC: 00054-0264-25   QTY: 30   DAYS: 30   PHONE: (303) 921-6212
EXPRESS SCRIPTS   PRESCRIBER:
AUTH # : 58457013   S TERRY
NPI: NEED

NO REFILLS REMAINING   RPH: CC
D.E. : CC

**PRICE: $11.77**
YOUR INSURANCE BENEFIT SAVED YOU: $13.42

---

**DUPLICATE RECEIPT**

(303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433

DATE: 04/27/08   RX# 6070023   NEW

DENNIS STRUNK
METHOCARBAMOL 500MG WATSON
NDC# 00591538101   QTY:90
S TERRY

**PRICE:**   $17.41

---

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433

DENNIS STRUNK   DATE: 04/27/08
397 N RIDGE RO BAILEY CO 80421   TX# 186477
RX# 6070023
METHOCARBAMOL 500MG WATSON   KAC
NDC: 00591-5381-01   DAW: 0
QTY:90
S TERRY   May Refill 2X Until 04/25/2009
EXPRESS SCRIPTS GENERIC

**PRICE:**   $17.41

---

**DUPLICATE RECEIPT**

(303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433

DATE: 04/27/08   RX# 4015553   NEW

DENNIS STRUNK
ZOLPIDEM 10MG
NDC# 51111047901   QTY:30
S TERRY

**PRICE:**   $8.96

---

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433

DENNIS STRUNK   DATE: 04/27/08
397 N RIDGE RO BAILEY CO 80421   TX# 186460
RX# 4015553
ZOLPIDEM 10MG   KAC
NDC: 5111-0479-01   DAW: 0
QTY:30   May Refill 2X Until 10/2€/2008
S TERRY
EXPRESS SCRIPTS GENERIC

**PRICE:**   $8.96

---

Store# 87

NEW
(303) 921-6212
Auth: 67294903

Every Day Price:   $41.09

---

Store# 87

NEW
(303) 921-6212
Auth: 67774019

Every Day Price:   $46.49









DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
RX# 4018827          TX# 254054          DATE: 12/18/08          REFILL
ZOLPIDEM 10MG                                               (303) 921-6212
NDC# 55111-0479-01   DAW: 0          Auth: 04312728
QTY:90               No Refill
S TERRY                                                     MMQ
EXPRESS SCRIPTS GENERIC
PRICE: $27.30                        Every Day Price: $130.29

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746          Store# 87
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 10/26/08   RX# 2010864          NEW          (303) 921-6212
DENNIS STRUNK                                      Auth: 08169872
OXYCONTIN CR 15MG TAB
NDC# 59011081510  QTY:60
S TERRY
PRICE: $40.00                        Every Day Price: $198.99

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746          Store# 87
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 01/16/09   RX# 2012021          NEW          (303) 921-6212
DENNIS STRUNK                                      Auth: 54518317
OXYCONTIN CR 15MG TAB
NDC# 59011-0815-10   DAW: 0
QTY:60               No Refill
S TERRY
EXPRESS SCRIPTS GENERIC
PRICE: $40.00                        Every Day Price: $63.25

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746          Store# 87
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 02/01/08   RX# 163464          NEW          (303) 921-6212
DENNIS STRUNK                                     Auth: 54433317
OXYCODONE HCL ER 10MG TEVA
NDC# 00093002401   QTY:60
S J PRIMACK
EXPRESS SCRIPTS GENERIC
PRICE: $15.00                        Every Day Price: $99.19

/ CONIFER h..
..IFER, CO 80433
08  RX# 4018827   REFILL
..TRUNK
..M 10MG
.5111047901  QTY:90
..ERRY
PRICE: $27.30

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 01/16/09   RX# 2012021          NEW
DENNIS STRUNK
OXYCONTIN CR 15MG TAB
NDC# 59011081510  QTY:60
S TERRY
PRICE: $40.00                        Every Day Price: $187.19

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 10/26/08   RX# 6061670          NEW          (303) 921-6212
DENNIS STRUNK                                      Auth: 95333881
GABAPENTIN CAP 300MG PURPAC
NDC# 00228266611  QTY:90                           KSM
S J PRIMACK
PRICE: $15.00

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
RX# 2010864          TX# 262736          DATE: 10/26/08
OXYCONTIN CR 15MG TAB                     (303) 921-6212
NDC# 59011-0815-10   DAW: 0          Auth: 08169872
QTY:60               No Refill
S TERRY                                   KAC
EXPRESS SCRIPTS GENERIC
PRICE: $40.00

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
RX# 2012021          TX# 238214          DATE: 02/01/08
OXYCONTIN CR 15MG TAB                     (303) 921-6212
NDC# 59011-0815-10   DAW: 0          Auth: 54518317
QTY:60               No Refill
S TERRY                                   KSM
EXPRESS SCRIPTS GENERIC
PRICE: $40.00

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
RX# 6061670          TX# 163464          DATE: 02/01/08
GABAPENTIN CAP 300MG PURPAC              (303) 921-6212
NDC# 00228-2666-11   DAW: 0          Auth: 54433317
QTY:90               No Refill
S J PRIMACK                               KSM
EXPRESS SCRIPTS GENERIC
PRICE: $15.00

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
RX# 2007545          TX# 163465          DATE: 02/01/08
OXYCODONE HCL ER 10MG TEVA               (303) 921-6212
NDC# 00093-0024-01   DAW: 0
QTY:60
S J PRIMACK
EXPRESS SCRIPTS GENERIC
PRICE: $15.00



CONIFER, CO 80421                (303) 921-6212
DATE: 02/01/08   RX# 4013561        Auth: 54584751
NEW                          KSM
DENNIS STRUNK
ZOLPIDEM 10MG
NDC# 55111-0479-01   DAW: 0
QTY:30          NO Refill
S J PRIMACK
EXPRESS SCRIPTS GENERIC          Every Day Price:  $46.49

Store# 87
Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 02/01/08                 NEW
RX# 2007547          (303) 921-6212
DENNIS STRUNK                Auth: 54719617
OXYCODONE 5MG TAB MALLIN
NDC# 00406-0552-01   DAW: 0
QTY:60          NO Refill
S J PRIMACK
EXPRESS SCRIPTS GENERIC          Every Day Price:  $28.79

PRICE:  $8.84

Store# 87
Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 02/15/08                 NEW
RX# 4013912          (303) 921-6212
DENNIS STRUNK                Auth: 56280565
HYDROCOD/APAP TAB 7.5/325 M
NDC# 00406-0366-01   DAW: 0
QTY:60          NO Refill
S TERRY
EXPRESS SCRIPTS GENERIC          Every Day Price:  $45.29

PRICE:  $14.93

Store# 87
Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 09/25/08                 NEW
RX# 4018827          (303) 921-6212
DENNIS STRUNK                Auth: 90091794
ZOLPIDEM 10MG
NDC# 55111-0479-01   DAW: 0
QTY:90          May Refill 1X Until 03/27/2009
S TERRY
EXPRESS SCRIPTS GENERIC          Every Day Price:  $130.29

PRICE:  $15.00

Store# 87
Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 11/24/08                 NEW
RX# 2011266          (303) 921-6212
DENNIS STRUNK                Auth: 00113094
OXYCONTIN CR 15MG TAB
NDC# 59011-0815-10   DAW: 0
QTY:60          NO Refill
S TERRY
EXPRESS SCRIPTS GENERIC          Every Day Price:  $198.99

PRICE:  $25.81

PRICE:  $40.00






CONIFER, CO 80433            NEW
DATE: 02/01/08   RX# 4013561
DENNIS STRUNK
ZOLPIDEM 10MG
NDC# 55111047901   QTY:30
S J PRIMACK

PRICE:  $8.84

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 02/01/08   RX# 2007547   NEW
DENNIS STRUNK
OXYCODONE 5MG TAB MALLIN
NDC# 00406055201   QTY:60
S J PRIMACK

PRICE:  $14.93

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 02/15/08   RX# 4013912   NEW
DENNIS STRUNK
HYDROCOD/APAP TAB 7.5/325 M
NDC# 00406036601   QTY:60
S TERRY

PRICE:  $15.00

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 09/25/08   RX# 4018827   NEW
DENNIS STRUNK
ZOLPIDEM 10MG
NDC# 55111047901   QTY:90
S TERRY

PRICE:  $25.81

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 11/24/08   RX# 2011266   NEW
DENNIS STRUNK
OXYCONTIN CR 15MG TAB
NDC# 59011081510   QTY:60
S TERRY

PRICE:  $40.00

397 N RIDGE RD BAILEY CO 80421
RX# 6085187                          TX# 229124
DENNIS STRUNK
METHOCARBAMOL 500MG WATSON
NDC# 00591-5381-01   DAW: 0
QTY:270                May Refill 1x Until 09/25/2009
S TERRY
EXPRESS SCRIPTS GENERIC

DATE: 09/25/08   RX# 6085187   NEW           Auth: 91848040   LBH
DENNIS STRUNK
METHOCARBAMOL 500MG WATSON
NDC# 00591538101   QTY:270                Every Day Price:   $113.19

PRICE:  $45.00

---

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK                    DATE: 11/25/08
397 N RIDGE RD BAILEY CO 80421
RX# 2011265                      TX# 247089
OXYCODONE 5MG TAB MALLIN
NDC# 00406-0552-01   DAW: 0           MMQ   Auth: 00589359
S TERRY
QTY:60    NO Refill
EXPRESS SCRIPTS GENERIC

PRICE:  $15.00

DATE: 11/25/08   RX# 2011265   NEW
DENNIS STRUNK
OXYCODONE 5MG TAB MALLIN
NDC# 00406055201   QTY:60             Every Day Price:   $28.79

PRICE:  $15.00

---

Priority: In Store                 Store# 87
                                   NEW
                                   (303) 921-6212

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
4  79314 '35082     6

OC# 555 923 417 076 592 384 107 659 238

TOTAL:  $11.20

STRUNK
DENNIS
397 N RIDGE RD
BAILEY, CO 80421
02/02/2009     (303) 838-5892
                (303) 789-7210
RX: 2215665     REF = 0
ESI

---

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK                    DATE: 09/25/08
397 N RIDGE RD BAILEY CO 80421
RX# 2010443                      TX# 229018
OXYCODONE 5MG TAB MALLIN
NDC# 00406-0552-01   DAW: 0           KSM   Auth: 90864469
S TERRY
QTY:60    No Refill
EXPRESS SCRIPTS GENERIC

PRICE:  $15.00

Store# 87
NEW
(303) 921-6212

DATE: 09/25/08   RX# 2010443   NEW
DENNIS STRUNK
OXYCODONE 5MG TAB MALLIN
NDC# 00406055201   QTY:60             Every Day Price:   $28.79

PRICE:  $15.00

---

Phone: (303)816-4970   NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DENNIS STRUNK                    DATE: 12/18/08
397 N RIDGE RD BAILEY CO 80421
RX# 6085187                      TX# 254051
METHOCARBAMOL 500MG WATSON
NDC# 00591-5381-01   DAW: 0           MMQ   Auth: 04425728
QTY:270   NO Refill
S TERRY
EXPRESS SCRIPTS GENERIC

PRICE:  $45.00

Store# 87
REFILL
(303) 921-6212

DATE: 12/18/08   RX# 6085187   REFILL
DENNIS STRUNK
METHOCARBAMOL 500MG WATSON
NDC# 00591538101   QTY:270             Every Day Price:   $113.19

PRICE:  $45.00

---

DATE: 09/25/08   RX# 6085187   NEW
DENNIS STRUNK
METHOCARBAMOL 500MG WATSON
NDC# 00591538101   QTY:270

PRICE:  $45.00

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DENNIS STRUNK   RX# 2011265   NEW
OXYCODONE 5MG TAB MALLIN
NDC# 00406055201   QTY:60

PRICE:  $15.00

Signature Required   N
02/02/2009 03:21:11 PM ***



Page No : 1 of 2

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DENNIS STRUNK   RX# 2010443   NEW
OXYCODONE 5MG TAB MALLIN
NDC# 00406055201   QTY:60

PRICE:  $15.00

DATE: 12/18/08   RX# 6085187   REFILL
DENNIS STRUNK
METHOCARBAMOL 500MG WATSON
NDC# 00591538101   QTY:270
S TERRY

PRICE:  $45.00



DATE: 12/26/08    NEW
(303) 921-6212
DENNIS STRUNK
397 N RIDGE RO BAILEY CO 80421
RX# 2011689                TX# 256336
OXYCODONE 5MG TAB MALLIN
NDC# 00406-0552-01    DAW: 0
QTY:60    NO Refill
S TERRY
Every Day Price:    $28.79

**PRICE:    $15.00**

Phone: (303)816-4970    NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 12/18/08                Store# 87
                            REFILL
                            (303) 921-6212
RX# 6085187                TX# 254051
METHOCARBAMOL 500MG WATSON
NDC# 00591-5381-01    DAW: 0
QTY:270    NO Refill    Auth: 04425728
S TERRY
Every Day Price:    $113.19

**PRICE:    $45.00**

Phone: (303)816-4970    NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 12/18/08                Store# 87
                            REFILL
                            (303) 921-6212
RX# 6085186                TX# 254052
GABAPENTIN TAB 600MG PUREPAC
NDC# 00228-2636-11    DAW: 0
QTY:270    NO Refill    Auth: 04287728
S TERRY
Every Day Price:    $461.47

**PRICE:    $45.00**

Phone: (303)816-4970    NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 09/25/08                Store# 87
                            NEW
                            (303) 921-6212
RX# 6085186                TX# 229019
GABAPENTIN TAB 600MG PUREPAC
NDC# 00228-2636-11    DAW: 0
QTY:270    May Refill 1x Until 09/25/2009
S TERRY
EXPRESS SCRIPTS GENERIC

**PRICE:    $45.00**

---

**DUPLICATE REC...**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 12/18/08    RX# 6085187    REFILL
DENNIS STRUNK
METHOCARBAMOL 500MG WATSON
NDC# 00591538101    QTY:270
S TERRY

**PRICE:    $45.00**

**DUPLIC...**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 12/18/08    RX# 6085186    REFILL
DENNIS STRUNK
GABAPENTIN TAB 600MG PUREPAC
NDC# 0022862636T1    QTY:270
S TERRY

**PRICE:    $45.00**

**DUPLICATE RECEIPT**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 09/25/08    RX# 6085186    NEW
DENNIS STRUNK
GABAPENTIN TAB 600MG PUREPAC
NDC# 00228263611    QTY:270
S TERRY

**PRICE:    $45.00**

---

DATE: 12/26/08    NEW
CONIFER, CO 80433
DENNIS STRUNK
OXYCODONE 5MG TAB MALLIN
NDC# 0040605520T    QTY:60
S TERRY

**PRICE:    $15.00**

---

DATE: 09/25/08    NEW
(303) 921-6212
DENNIS STRUNK
397 N RIDGE RO BAILEY CO 80421
RX# 2010442                TX# 229017
KADIAN SR CAP 20MG
NDC# 63857-0322-11    DAW: 0
QTY:60    NO Refill
S TERRY
EXPRESS SCRIPTS GENERIC

**PRICE:    $40.00**

**DUPLICATE RECEIPT**
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 09/25/08    RX# 2010442    NEW
DENNIS STRUNK
KADIAN SR CAP 20MG
NDC# 63857032211    QTY:60
S TERRY

**PRICE:    $40.00**

Phone (303)816-4970    NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 09/25/08                Store# 87
                            NEW
                            (303) 921-6212
RX# 2010442                TX# 229017
KADIAN SR CAP 20MG
NDC# 63857-0322-11    DAW: 0
QTY:60    Auth: 90768469
KSM
Every Day Price:    $257.49

CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:05/03/2011

**DENNIS STRUNK**
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01                 QTY: 60
RX# 2113138        TX: 0000284143
PRESCRIBER:  S RUTZ

**PRICE: $15.00**                        NEW

---

Store# 87
NEW
(303) 921-6212
Auth#: 0000097296830 1

Every Day Price:      $93.69

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:12/15/2010

**DENNIS STRUNK**
METHOCARBAMOL 500 MG TABLET
GENERIC FOR:ROBAXIN 500 MG TABLET
NDC: 00603-4485-21                 QTY: 270
RX# 6287529        TX: 0000229481
PRESCRIBER:  S RUTZ

**PRICE: $45.00**                        NEW

---

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER CO 80433
PH:(303)816-4970   NCPDP:0619746
DATE:12/15/2010

**DENNIS STRUNK**
GABAPENTIN 600 MG TABLET
GENERIC FOR:NEURONTIN 600 MG TABLET
NDC: 00228-2636-11                 QTY: 270
RX# 6287528        TX: 0000229480
PRESCRIBER:  S RUTZ

**PRICE: $45.00**                        NEW

---

10/27/55                                 NEW

RX# 2113138        TX: 0000284143
MORPHINE SULF ER 30 MG TABLET
GENERIC FOR:MS CONTIN CR 30 MG TABLE
NDC: 00406-8330-01   QTY: 60   DAYS: 30
EXPRESS SCRIPTS            AUTH # : 53023999
                                         397 N RIDGE ROAD
                                         BAILEY, CO 80421
                                         PHONE: (303) 921-6212
                                         PRESCRIBER:
                                         S RUTZ
DAW: 0                                   NPI: NEED
NO REFILLS REMAINING
                                         RPH: CC
**PRICE: $15.00**                        D.E.: KS
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

---

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 09/07/07   RX# 6048546        NEW
**DENNIS STRUNK**
XOPENEX SOL 1.25MG/3ML
NDC# 63402051324   QTY: 72.00
R MATTHEWS

**PRICE: $55.00**

Phone: (303)816-4970
25637 CONIFER CO 80432

DATE: 09/07/07
KSM

**DENNIS STRUNK**
397 N RIDGE RD BAILEY CO 80421
RX# 6048546                TX# 125633
XOPENEX SOL 1.25MG/3ML
NDC: 63402-0513-24   DAW: 0
QTY: 72.00   May Refill 6X Until 09/06/2008
R MATTHEWS
ROCKY MOUNTAIN HMO

**PRICE: $55.00**

---

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

RX# 6287529        TX: 0000229481
METHOCARBAMOL 500 MG TABLET
GENERIC FOR:ROBAXIN 500 MG TABLET
NDC: 00603-4485-21   QTY: 270   DAYS: 90
EXPRESS SCRIPTS         AUTH # : 28712378

3.00 REFILLS OF 270 UNTIL 12/14/2011

**PRICE: $45.00**
YOUR INSURANCE BENEFIT SAVED YOU: $47.49

DATE: 12/15/2010
NCPDP: 0619746
10/27/55                                 NEW

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
DAW: 0                     NPI: 1558545004

RPH: HN
D.E.: CC

---

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970   STORE: 62000087
**DENNIS STRUNK**

RX# 6287528        TX: 0000229480
GABAPENTIN 600 MG TABLET
GENERIC FOR:NEURONTIN 600 MG TABLET
NDC: 00228-2636-11   QTY: 270   DAYS: 90
EXPRESS SCRIPTS         AUTH # : 28211378

3.00 REFILLS OF 270 UNTIL 12/14/2011

**PRICE: $45.00**
YOUR INSURANCE BENEFIT SAVED YOU: $414.19

DATE: 12/15/2010
NCPDP: 0619746
10/27/55                                 NEW

397 N RIDGE ROAD
BAILEY, CO 80421
PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
DAW: 0                     NPI: 1558545004

RPH: HN
D.E.: CC



**NEW**
(303) 921-6212
DATE: 10/04/07          Auth: 0000098170210
KSM
25637 CONIFER ROAD
CONIFER, CO 80433
**DENNIS STRUNK**
397 N RIDGE RO BAILEY CO 80421
RX# 2006160          TX# 132229
OXYCODONE 5MG TAB MALLIN          DAW: 0
NDC# 00406055201     QTY:60
J CASTRO
ROCKY MOUNTAIN HMO          Every Day Price: $28.79
PRICE: $11.02

---

Store# 87
**NEW**
(303) 921-6212
DATE: 10/04/07          Auth: 0000098169940
KSM
Phone: (3033816-4970     NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
**DENNIS STRUNK**
397 N RIDGE RO BAILEY CO 80421
RX# 2006159          TX# 132225
OXYCODONE HCLER 10MG TEVA          DAW: 0
NDC# C0093-0024-01     NO Refill
QTY:60
J CASTRO
ROCKY MOUNTAIN HMO          Every Day Price: $99.19
PRICE: $15.00

---

**NEW**
(303) 921-6212
DATE: 10/04/07          Auth: 0000098169910
KSM
Phone: (3033816-4970     NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
**DENNIS STRUNK**
397 N RIDGE RO BAILEY CO 80421
RX# 4011012          TX# 132223
ZOLPIDEM 10MG          DAW: 0
NDC# 55111-0479-01     NO Refill
QTY:30
J CASTRO
ROCKY MOUNTAIN HMO          Every Day Price: $46.49
PRICE: $9.82

---

Store# 87
**NEW**
(303) 921-6212
DATE: 09/08/07          Auth: 0000097323110
KDI
Phone: (3033816-4970     NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
**DENNIS STRUNK**
397 N RIDGE RO BAILEY CO 80421
RX# 2005875          TX# 125886
OXYCONTIN 10MG          DAW: 1
NDC# 59011-0100-10     NO Refill
QTY:60
S J PRIMACK
ROCKY MOUNTAIN HMO          Every Day Price: $120.59
PRICE: $40.00

---

Store# 87
**NEW**
(303) 921-6212
DATE: 09/08/07          Auth: 0000097323030
KDI
Phone: (3033816-4970     NCPDP# 0619746
25637 CONIFER ROAD CONIFER, CO 80433
**DENNIS STRUNK**
397 N RIDGE RO BAILEY CO 80421
RX# 4010524          TX# 125882
ZOLPIDEM 10MG          DAW: 0
NDC# 55111-0479-01     NO Refill
QTY:30
S J PRIMACK
ROCKY MOUNTAIN HMO          Every Day Price: $46.49
PRICE: $9.82

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER,CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:12/16/2009

**DENNIS STRUNK**

RX# 2104184    TX: 0000095734
HYDROMORPHONE 2 MG TABLET
GENERIC FOR DILAUDID 2 MG TABLET
NDC: 00406-3243-01    QTY: 60
PRESCRIBER:  S RUTZ

**PRICE: $15.00**    NEW

---

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
**DENNIS STRUNK**

RX# 2104184    TX: 0000095734    DAW: 0    DATE: 12/16/2009
NCPDP: 0619746
10/27/55    NEW

HYDROMORPHONE 2 MG TABLET
GENERIC FOR DILAUDID 2 MG TABLET    397 N RIDGE ROAD
NDC: 00406-3243-01    QTY: 60    DAYS: 30    BAILEY, CO 80421
EXPRESS SCRIPTS    AUTH # : 63724734    PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: NEED

NO REFILLS REMAINING    RPH: MH
D.E. : CC

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $12.29

---

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER,CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:03/07/2011

**DENNIS STRUNK**

RX# 2112061    TX: 0000261482
MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE    QTY: 60
NDC: 00406-8330-01
PRESCRIBER:  S RUTZ

**PRICE: $15.00**    NEW

---

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
**DENNIS STRUNK**

RX# 2112061    TX: 0000261482    DAW: 0    DATE: 03/07/2011
NCPDP: 0619746
10/27/55    NEW

MORPHINE SULF ER 30 MG TABLET
GENERIC FORMS CONTIN CR 30 MG TABLE    397 N RIDGE ROAD
NDC: 00406-8330-01    QTY: 60    DAYS: 30    BAILEY, CO 80421
EXPRESS SCRIPTS    AUTH # : 43485626    PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

NO REFILLS REMAINING    RPH: DU
D.E. : KI

**PRICE: $15.00**
YOUR INSURANCE BENEFIT SAVED YOU: $95.99

---

DUPLICATE RECEIPT

25637 CONIFER RD
CONIFER,CO 80433
PH:(303)816-4970    NCPDP:0619746
DATE:03/07/2011

**DENNIS STRUNK**

RX# 2112060    TX: 0000261481
HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET    QTY: 30
NDC: 00406-3244-01
PRESCRIBER:  S RUTZ

**PRICE: $8.27**    NEW

---

25637 CONIFER RD  CONIFER, CO 80433
PHONE: (303) 816-4970    STORE: 62000087
**DENNIS STRUNK**

RX# 2112060    TX: 0000261481    DAW: 0    DATE: 03/07/2011
NCPDP: 0619746
10/27/55    NEW

HYDROmorphone 4 MG TABLET
GENERIC FOR DILAUDID 4 MG TABLET    397 N RIDGE ROAD
NDC: 00406-3244-01    QTY: 30    DAYS: 30    BAILEY, CO 80421
EXPRESS SCRIPTS    AUTH # : 43509626    PHONE: (303) 921-6212
PRESCRIBER:
S RUTZ
NPI: 1558545004

NO REFILLS REMAINING    RPH: DU
D.E. : KI

**PRICE: $8.27**
YOUR INSURANCE BENEFIT SAVED YOU: $7.02



DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
RX# 6064490          TX# 171221
GABAPENTIN CAP 300MG PURPAC
NDC# 00228266611   DAW: 0
QTY:90          NO Refill
S TERRY                         (303) 921-6212
                                Auth: 58881289
                                LBH

EXPRESS SCRIPTS GENERIC          Every Day Price:   $63.25

PRICE:   $15.00

---

                    NCPDP# 0619746
(303)816-4970   NCPDP# 0619746   Store# 87
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 03/01/08          NEW
DENNIS STRUNK                   (303) 921-6212
397 N RIDGE RD BAILEY CO 80421  Auth: 55720509
                                LBH

EXPRESS SCRIPTS GENERIC          Every Day Price:   $23.75

PRICE:   $14.93

---

Phone: (303)816-4970   NCPDP# 0619746   Store# 87
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 03/28/08          NEW
DENNIS STRUNK                   (303) 921-6212
397 N RIDGE RD BAILEY CO 80421  Auth: 63473255
RX# 6067042          TX# 178324   KSM
METHOCARBAMOL 500MG WATSON
NDC: 00591-5381-01   DAW: 0
QTY:90          NO Refill
S J PRIMACK

EXPRESS SCRIPTS GENERIC          Every Day Price:   $41.09

PRICE:   $14.93

---

Phone: (303)816-4970   NCPDP# 0619746   Store# 87
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 08/27/08          REFILL
DENNIS STRUNK                   (303) 921-6212
397 N RIDGE RD BAILEY CO 80421  Auth: 86193083
RX# 6070022          TX# 220851   KSM
GABAPENTIN CAP 300MG PURPAC
NDC: 00228-2666-11   DAW: 0
QTY:120          May Refill 1X Until 04/25/2009
S TERRY

EXPRESS SCRIPTS GENERIC          Every Day Price:   $8.50

PRICE:   $15.00

---

Phone: (303)816-4970   NCPDP# 0619746   Store# 87
25637 CONIFER ROAD CONIFER, CO 80433
DATE: 08/27/08          REFILL
DENNIS STRUNK                   (303) 921-6212
397 N RIDGE RD BAILEY CO 80421  Auth: 86936083
RX# 6070023          TX# 220853   KSM
METHOCARBAMOL 500MG WATSON
NDC: 00591-5381-01   DAW: 0
QTY:90          May Refill 1X Until 04/25/2009
S TERRY

EXPRESS SCRIPTS GENERIC          Every Day Price:   $41.09

PRICE:   $15.00

---

CONIFER, CO 80433          NEW
DATE: 03/01/08  NCPDP# 0619746
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 03/01/08   RX# 2007870   NEW
DENNIS STRUNK
GABAPENTIN CAP 300MG PURPAC
NDC# 0040065520?   QTY:90
S TERRY

PRICE:   $15.00

---

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 03/28/08   RX# 6067042   NEW
DENNIS STRUNK
METHOCARBAMOL 500MG WATSON
NDC# 0059153810?   QTY:90
S J PRIMACK

PRICE:   $14.93

---

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 08/27/08   RX# 6070022   REFILL
DENNIS STRUNK
GABAPENTIN CAP 300MG PURPAC
NDC# 00228266611   QTY:120
S TERRY

PRICE:   $15.00

---

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 08/27/08   RX# 6070023   REFILL
DENNIS STRUNK
METHOCARBAMOL 500MG WATSON
NDC# 0059153810?   QTY:90
S TERRY

PRICE:   $15.00

**DENNIS STRUNK**
9810 Rex St, Hudson, FL 34669
(727) 868-4741
**RX # 0919414-04400**
QTY: 60    NO REFILLS
New

S. PRIMACK, DO
MFG: TEVA
DKM/DKM/DKM/DKM                NDC: 00093-0031-01

**OXYCODONE ER 20MG TABLETS**

DATE: 08/11/07

PLAN: RMHMO
GROUP# 13031000
CLAIM REF # 00000964123001

8551 HUDSON AVE HUDSON, FL 34667
**PH:(727)869-7224**

$ 15.00

Customer Receipt

---

**DENNIS STRUNK**
9810 Rex St, Hudson, FL 34669
(727) 868-4741
**RX # 0919413-04400**
QTY: 60    NO REFILLS
New

NDC: 58177-0041-04

**OXYCODONE 5MG CAPSULES**

DATE: 08/11/07

PLAN: RMHMO
GROUP# 13031000
CLAIM REF # 00000964122901

8551 HUDSON AVE HUDSON, FL 34667
**PH:(727)869-7224**

$ 12.86

Customer Receipt

---

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 03/01/08    RX# 4014253
**DENNIS STRUNK**
**ZOLPIDEM 10MG**
NDC: 0059-1538101    QTY: 90          NEW
S TERRY
EXPRESS SCRIPTS GENERIC
PRICE:    $15.00

---

(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 03/01/08    RX# 6064493
**DENNIS STRUNK**
**METHOCARBAMOL 500MG WATSON**
NDC# 0059-1538101    QTY: 90          NEW
S TERRY
EXPRESS SCRIPTS GENERIC
PRICE:    $15.00

---

DUPLICATE RECEIPT
(303)816-4970 NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 03/01/08    RX# 4014253    NEW
**DENNIS STRUNK**
**ZOLPIDEM 10MG**
NDC: 58111-0479-01    QTY: 30
S TERRY
PRICE:    $8.84

---




**DENNIS STRUNK**
397 N RIDGE RD BAILEY CO 80421
25637 CONIFER ROAD CONIFER, CO 80433
Phone: (303)816-4970    NCPDP# 0619746
TX# 171236
**METHOCARBAMOL 500MG WATSON**
NDC: 0059-1-5381-01    DAW: 0
NO Refill
S. TERRY

DATE: 03/01/08    Store# 87

NEW
(303) 921-6212
Auth: 58862933

Every Day Price:    $41.09

---

**DENNIS STRUNK**
397 N RIDGE RD BAILEY CO 80421
25637 CONIFER ROAD CONIFER, CO 80433
Phone: (303)816-4970    NCPDP# 0619746
TX# 171234
**ZOLPIDEM 10MG**
NDC: 55111-0479-01    DAW: 0
NO Refill
S. TERRY

DATE: 03/01/08    Store# 87

NEW
(303) 921-6212
Auth: 58894933

Every Day Price:    $46.49

---

**DENNIS STRUNK**
9810 Rex St, Hudson, FL 34669
(727) 868-4741
**RX # 0919413-04400**
QTY: 60    NO REFILLS
New

NDC: 58177-0041-04

**OXYCODONE 5MG CAPSULES**

DATE: 08/11/07

PLAN: RMHMO
GROUP# 13031000
CLAIM REF # 00000964122901

8551 HUDSON AVE HUDSON, FL 34667
**PH:(727)869-7224**

$ 12.86

Duplicate Receipt

---

**DENNIS STRUNK**
9810 Rex St, Hudson, FL 34669
(727) 868-4741
**RX # 0919414-04400**
QTY: 60    NO REFILLS
New

S. PRIMACK, DO
MFG: TEVA
DKM/DKM/DKM/DKM                NDC: 00093-0031-01

**OXYCODONE ER 20MG TABLETS**

DATE: 08/11/07

PLAN: RMHMO
GROUP# 13031000
CLAIM REF # 00000964123001

8551 HUDSON AVE HUDSON, FL 34667
**PH:(727)869-7224**

$ 15.00

Duplicate Receipt

DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
TX# 155652
NDC: 00228-2666-11    DAW: 0
GABAPENTIN CAP 300MG PURPAC
RX# 6058865    QTY:90    NEW
DATE: 01/03/08
NCPDP# 0619746
Phone: (303)816-4970    CONIFER, CO 80433
25637 CONIFER ROAD
S TERRY
EXPRESS SCRIPTS GENERIC
Store# 87
Auth: 4991/9248    (303) 921-6212
Every Day Price:    $63.25
PRICE:  $15.00

DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
TX# 155552
NDC: 50111-0519-01    DAW: 0
ZOLPIDEM 10MG
RX# 4012879    QTY:30    NEW
DATE: 01/03/08
NCPDP# 0619746
Phone: (303)816-4970    CONIFER, CO 80433
25637 CONIFER ROAD
S TERRY
EXPRESS SCRIPTS GENERIC
Store# 87
Auth: 4991/9248    (303) 921-6212
Every Day Price:    $65.49
PRICE:  $15.00

DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
TX# 186458
NDC: 00406-0552-01    DAW: 0
OXYCODONE 5MG TAB MALLIN
RX# 2008583    QTY:60    NEW
DATE: 04/27/08
NCPDP# 0619746
Phone: (303)816-4970    CONIFER, CO 80433
25637 CONIFER ROAD
S TERRY
EXPRESS SCRIPTS GENERIC
Store# 87
Auth: 6772240019    (303) 921-6212
Every Day Price:    $28.79
PRICE:  $10.07

DENNIS STRUNK
397 N RIDGE RD BAILEY CO 80421
TX# 186459
NDC: 59011-0100-10    NO Refill
OXYCONTIN 10MG
RX# 2008584    QTY:60    NEW
DATE: 04/27/08
NCPDP# 0619746
Phone: (303)816-4970    CONIFER, CO 80433
25637 CONIFER ROAD
S TERRY
EXPRESS SCRIPTS GENERIC
Auth: 6755540019    KAC
Every Day Price:    $126.39
PRICE:  $13.35

DENNIS STRUNK
25637 CONIFER ROAD
CONIFER, CO 80433
OXYCONTIN CR 15MG TAB
NDC: 59011-0815-10    NO Refill
QTY:60    DAW: 2
S TERRY
TX# 254636
DATE: 12/19/08    Store# 87
RX# 2016630    NEW    (303) 921-6212
Auth: 04277695
Every Day Price:    $198.98
PRICE:  $40.00

(303)816-4970  NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 08/28/08   RX# 2010122   NEW
DENNIS STRUNK
OXYCODONE 5MG TAB MALLIN
NDC# 00406055201  QTY:60
S J PRIMACK
PRICE:   $15.00
EXPRESS SCRIPTS GENERIC

(303)816-4970  NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 01/22/09   RX# 2012098   NEW
DENNIS STRUNK
OXYCODONE 5MG TAB MALLIN
NDC# 00406055201  QTY:60
S J PRIMACK
PRICE:   $40.00
EXPRESS SCRIPTS GENERIC

(303)816-4970  NCPDP# 0619746
25637 CONIFER ROAD
CONIFER, CO 80433
DATE: 01/03/08   RX# 2007183   NEW
DENNIS STRUNK
OXYCODONE IR 5 MG CAP MALLIN
NDC# 00406055401  QTY:30
S TERRY
PRICE:   $11.12
EXPRESS SCRIPTS GENERIC

DENNIS STRUNK             Phone: (303)816-4970   NCPDP# 0619746
397 N RIDGE RD BAILEY CO 80421   25637 CONIFER ROAD CONIFER, CO 80433
RX# 2010122                      TX# 2210027        DATE: 08/28/08
OXYCODONE 5MG TAB MALLIN
NDC: 00406-0552-01  DAW: 0        Auth: 86352136         KSM
QTY:60      NO Refill
S J PRIMACK                                      Store# 87
                                 (303) 921-6212
NEW                              Every Day Price:  $28.79

DENNIS STRUNK             Phone: (303)816-4970   NCPDP# 0619746
397 N RIDGE RD BAILEY CO 80421   25637 CONIFER ROAD CONIFER, CO 80433
RX# 2012098                      TX# 264677        DATE: 01/22/09
OXYCODONE 5MG TAB MALLIN
NDC: 00406-0552-01  DAW: 0        Auth: 09347263         KDI
QTY:60      NO Refill
S TERRY                                          Store# 87
                                 (303) 921-6212
NEW                              Every Day Price:  $187.19

DENNIS STRUNK             Phone: (303)816-4970   NCPDP# 0619746
397 N RIDGE RD BAILEY CO 80421   25637 CONIFER ROAD CONIFER, CO 80433
RX# 2007183                      TX# 185550        DATE: 01/03/08
OXYCODONE IR 5 MG CAP MALLIN
NDC: 00406-0554-01  DAW: 0        Auth: 49441248         LBH
QTY:30      NO Refill
S TERRY                                          Store# 87
                                 (303) 921-6212
NEW                              Every Day Price:  $25.69

DENNIS STRUNK
ZOLPIDEM 10MG
NDC: 55111-0479-01
QTY:30
S TERRY
PRICE:   $8.00

DENNIS STRUNK             Phone: (303)816-4970   NCPDP# 0619746
397 N RIDGE RD BAILEY CO 80421   25637 CONIFER ROAD CONIFER, CO 80433
RX# 2007183                      TX# 220860        DATE: 08/27/08
ZOLPIDEM 10MG
NDC: 55111-0479-01  DAW: 0        Auth: 86235765         KMS
QTY:30      May Refill 1X Until 10/25/2008
S TERRY                                          Store# 87
                                 (303) 921-6212
REFILL                           Every Day Price:  $46.49